**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Daniel James Lesniak |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Keri Shull Lesniak |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 24-12348-KHK |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B................................................ | $ 1,150,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | $ 103,246.72 |
| 1c. Copy line 63, Total of all property on Schedule A/B.............................................. | $ 1,253,246.72 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 1,234,666.15 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $ 12,532,777.32 |
| **Your total liabilities** | $ 13,767,443.47 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................... | $ 31,956.36 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ 27,830.13 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Daniel | James | Lesniak |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Keri | Shull | Lesniak |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number    24-12348-KHK

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                        12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

---

1.1

4112 NE 21st Ave.

Street address, if available, or other description

Fort Lauderdale        FL        33308-0000

City                State        ZIP Code

Broward

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,150,000.00 | $1,150,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

| $1,150,000.00 |
|---|

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1 Make: **Honda**

Model: **Odyssey**

Year: **2019**

Approximate mileage: **74,000**

Other information:

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   $17,000.00

**Current value of the portion you own?**   $17,000.00

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>   $17,000.00

**Part 3:   Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes.  Describe.....

| Miscellaneous household goods and furnishings, including couches, coffee tables, end tables, lamps, dining room table & chairs, kitchen table & chairs, dishes, utensils, glassware, pots & pans, small appliances, beds, dressers, night stands, iron & ironing board, linens, miscellaneous hand tools, and holiday decorations | $3,000.00 |
|---|---|
| Miscellaneous books, photographs, pictures, CDs, and DVDs | $500.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes.  Describe.....

| Miscellaneous electronics, including computers, printers, iPad, and cell phones | $1,000.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes.  Describe.....

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| Firearms | $2,000.00 |
|---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| Miscellaneous men's clothing, including suits, shirts, pants, shoes, socks, undergarments, coats, sweaters, ties, belts, and accessories | $400.00 |
|---|---|
| Miscellaneous women's clothing, including dresses, skirts, pants, shirts, blouses, coats, sweaters, shoes, socks, undergarments, and accessories | $400.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| Wedding band | $50.00 |
|---|---|
| Engagement ring and wedding band | $1,100.00 |
| Diamond earrings, miscellaneous costume jewelry including necklaces, bracelets, earrings, and rings | $300.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................................

| | $8,750.00 |
|---|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |

### 16. Cash

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes.................................................................................................

| | Cash on hand | $243.00 |
|---|---|---|

### 17. Deposits of money

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Savings | Wells Fargo acct. #7027 | $11.79 |
| 17.2. | Checking | Main Street Bank acct. #3705 | $0.00 |
| 17.3. | Checking | PNC acct. #3019 (overdrawn) | $0.00 |
| 17.4. | Checking | Truist acct. #4877 | $2,813.53 |
| 17.5. | Checking and Savings | JP Morgan Chase acct. #9859 ($11,896.11) and acct. #0719 ($128.01) | $12,024.12 |
| 17.6. | Checking | Wells Fargo acct. #8148 (overdrawn) | $0.00 |

### 18. Bonds, mutual funds, or publicly traded stocks

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes..................          Institution or issuer name:

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☐ No

■ Yes.  Give specific information about them...................

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| | 1010 17th Street NE, LLC, which is developing real estate units at this Washington, DC address; 3 liens encumber property totaling $4,050,000 | 33.3% each % | $1.00 |
| | 1001 18th Street NE, LLC (owned through KAS Enterprises, LLC), which is developing real estate units at this Washington, DC address; the property is overencumbered | 25% each % | $1.00 |
| | Membership interest in Optime Realty LLC, which has an overdrawn account at Main Street Bank | 50% each % | $1.00 |

| Debtor 1 | Daniel James Lesniak |
|---|---|
| Debtor 2 | Keri Shull Lesniak |

Case number *(if known)*   24-12348-KHK

| | | | |
|---|---|---|---|
| Membership interest in DKA Holding Group Inc., which has a Wells Fargo Bank acct. with approximately $150 | 50% each | % | $1.00 |
| Membership interest in DKA Investments LLC, which has an overdrawn account at Wells Fargo Bank | 50% each | % | $1.00 |
| Membership interest in 310-314 Retail, LLC | 25% each | % | $1.00 |
| Membership interest in DKA Development I, LLC | 50% each | % | $1.00 |
| Membership interest in DKA Management, LLC | 50% each | % | $1.00 |
| Membership interest in HyperFast Coaching, LLC | 50% each | % | $1.00 |
| Membership interest in KAS Enterprises, LLC | 100 | % | $1.00 |
| Membership interest in 1322 Randolph Streeet NW, LLC | 25% each | % | $1.00 |
| Membership interest in 1921-1923 Capitol Ave. NE, LLC | 33% each | % | $1.00 |
| Membership interest in 2504 41st Street NW, LLC | 33.3% each | % | $1.00 |
| Membership interest in 501-503 Kennedy Street NW, LLC | 33.3% each | % | $1.00 |
| Membership interest in 5908 9th Street NW, LLC | 25% each | % | $1.00 |
| Membership interest in 635 14th Street NE, LLC | 25% each | % | $1.00 |
| Membership interest in HyperFast Construction Company | 50% each | % | $1.00 |
| Membership interest in HyperFast Fund, LLC | 33.3% each | % | $1.00 |
| Membership interest in LVH Partners, LLC | 33.3% each | % | $1.00 |
| Membership interest in KS Team LLC fka The Keri Shull Team, which has a Truist Bank account with approximately $15,000 | 100 | % | $1.00 |

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |

| | | | |
|---|---|---|---|
| Membership interest in 4840 Georgia Avenue NW, LLC | 33.3% each | % | $1.00 |
| Membership interest in HyperFast Development, LLC | 50% each | % | $1.00 |
| Membership interest in 4050 Chesapeake Street NW, LLC | 33.3% each | % | $1.00 |
| Membership interest in 1915 Benning Road NE, LLC | 33.3% each | % | $1.00 |
| Membership interest in 4811 Georgia Avenue NW, LLC | 33.3% each | % | $1.00 |
| Membership interest in 751-757 Columbia Road NW, LLC | 33.3% each | % | $1.00 |
| Membership interest in 3934 10th Street NE, LLC | 33.3% each | % | $1.00 |
| Membership interest in 3564-3566 Alton Place, LLC | 25% each | % | $1.00 |
| Membership interest in Daniel Lesniak LLC | 100 | % | $1.00 |
| Membership interest in Hyperfast Wealth LLC | 50% each | % | $1.00 |
| Membership interest in 312 S. Washington Street LLC | 25% each | % | $1.00 |
| Membership in Orange Line Living, LLC | 100 | % | $1.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| IRA | IRA with Equity Trust Co., which in turn is a member of 1200 3rd Street Investors, LLC | $1.00 |
| 401(k) | Optime Realty retirement acct. with EQRP | $21,771.00 |

| Debtor 1 | Daniel James Lesniak | |
|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number *(if known)* 24-12348-KHK |

| | | |
|---|---|---|
| 401(k) | Optime Realty retirement acct. with EQRP | $40,248.20 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

■ Yes. .....................             Institution name or individual:

| Rent | Landlord security deposit: $5,500 | Unknown |
|---|---|---|
| Rent | Landlord security deposit: $3,400 | Unknown |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes............             Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes............             Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No

■ Yes.  Give specific information about them...

| Published books: Home Buyer Secrets: Your Ulimate Guide to Home Searching, Crafting the Perfect Offer & Landing the Home of Your Dreams!; The HyperLocal HyperFast Real Estate Agent: How to Dominate Your Real Estate Market in Under a Year- I Did it and so Can You!; and The HyperLocal HyperFast Real Estate Agent Companion Guide: Develop & Implement the Strategies to Dominate Your Market! | Unknown |
|---|---|

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☐ No

■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| Unknown potential tax refunds | Federal and State | Unknown |

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

   ■ No
   ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
                   benefits; unpaid loans you made to someone else

   ☐ No
   ■ Yes.  Give specific information..

| | |
|---|---|
| Overpayment of Chapter 7 legal fees | $45.75 |
| Accrued wages, earned but not yet paid | $306.33 |

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
          Company name:                                   Beneficiary:                              Surrender or refund
                                                                                                      value:

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.

   ■ No
   ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ■ No
   ☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ■ No
   ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

   ■ No
   ☐ Yes.  Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
   **for Part 4. Write that number here**...................................................................................................................

   | |
   |---|
   | $77,496.72 |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
          If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |

---

**Part 7:**  **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................  | $0.00 |

---

**Part 8:**  **List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .................................................................................... | | $1,150,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $17,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $8,750.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $77,496.72 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54**   + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $103,246.72 | Copy personal property total | $103,246.72 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $1,253,246.72 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Daniel James Lesniak | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Keri Shull Lesniak | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number | 24-12348-KHK | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 4112 NE 21st Ave. Fort Lauderdale, FL 33308  Broward County<br>Line from *Schedule A/B*: 1.1 | $1,150,000.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| 2019 Honda Odyssey 74,000 miles<br>Line from *Schedule A/B*: 3.1 | $17,000.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Miscellaneous household goods and furnishings, including couches, coffee tables, end tables, lamps, dining room table & chairs, kitchen table & chairs, dishes, utensils, glassware, pots & pans, small appliances, beds, dressers, night stands, iron & ironing<br>Line from *Schedule A/B*: 6.1 | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Miscellaneous books, photographs, pictures, CDs, and DVDs<br>Line from *Schedule A/B*: 6.2 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | | |
| | | Case number (if known) | 24-12348-KHK |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Miscellaneous electronics, including computers, printers, iPad, and cell phones<br>Line from *Schedule A/B*: 7.1 | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Firearms<br>Line from *Schedule A/B*: 10.1 | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Miscellaneous men's clothing, including suits, shirts, pants, shoes, socks, undergarments, coats, sweaters, ties, belts, and accessories<br>Line from *Schedule A/B*: 11.1 | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Miscellaneous women's clothing, including dresses, skirts, pants, shirts, blouses, coats, sweaters, shoes, socks, undergarments, and accessories<br>Line from *Schedule A/B*: 11.2 | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Wedding band<br>Line from *Schedule A/B*: 12.1 | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Engagement ring and wedding band<br>Line from *Schedule A/B*: 12.2 | $1,100.00 | ■ $1,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Diamond earrings, miscellaneous costume jewelry including necklaces, bracelets, earrings, and rings<br>Line from *Schedule A/B*: 12.3 | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Cash on hand<br>Line from *Schedule A/B*: 16.1 | $243.00 | ■ $243.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Savings: Wells Fargo acct. #7027<br>Line from *Schedule A/B*: 17.1 | $11.79 | ■ $11.79<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Checking: Main Street Bank acct. #3705<br>Line from *Schedule A/B*: 17.2 | $0.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Checking: PNC acct. #3019 (overdrawn)<br>Line from *Schedule A/B*: 17.3 | $0.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | Daniel James Lesniak | |
|---|---|---|
| Debtor 2 | Keri Shull Lesniak | |
| | Case number (if known) | 24-12348-KHK |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Checking: Truist acct. #4877<br>Line from *Schedule A/B*: 17.4 | $2,813.53 | ■ $2,813.53<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Checking and Savings: JP Morgan Chase acct. #9859 ($11,896.11) and acct. #0719 ($128.01)<br>Line from *Schedule A/B*: 17.5 | $12,024.12 | ■ $12,024.12<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Checking: Wells Fargo acct. #8148 (overdrawn)<br>Line from *Schedule A/B*: 17.6 | $0.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| 1010 17th Street NE, LLC, which is developing real estate units at this Washington, DC address; 3 liens encumber property totaling $4,050,000<br>33.3% each<br>Line from *Schedule A/B*: 19.1 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| 1001 18th Street NE, LLC (owned through KAS Enterprises, LLC), which is developing real estate units at this Washington, DC address; the property is overencumbered<br>25% each<br>Line from *Schedule A/B*: 19.2 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in Optime Realty LLC, which has an overdrawn account at Main Street Bank<br>50% each<br>Line from *Schedule A/B*: 19.3 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in DKA Holding Group Inc., which has a Wells Fargo Bank acct. with approximately $150<br>50% each<br>Line from *Schedule A/B*: 19.4 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in DKA Investments LLC, which has an overdrawn account at Wells Fargo Bank<br>50% each<br>Line from *Schedule A/B*: 19.5 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in 310-314 Retail, LLC<br>25% each<br>Line from *Schedule A/B*: 19.6 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | | |
| | | Case number (if known) | 24-12348-KHK |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Membership interest in DKA Development I, LLC<br>50% each<br>Line from *Schedule A/B*: 19.7 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in DKA Management, LLC<br>50% each<br>Line from *Schedule A/B*: 19.8 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in HyperFast Coaching, LLC<br>50% each<br>Line from *Schedule A/B*: 19.9 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in KAS Enterprises, LLC<br>100 % ownership<br>Line from *Schedule A/B*: 19.10 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in 1322 Randolph Streeet NW, LLC<br>25% each<br>Line from *Schedule A/B*: 19.11 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in 1921-1923 Capitol Ave. NE, LLC<br>33% each<br>Line from *Schedule A/B*: 19.12 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in 2504 41st Street NW, LLC<br>33.3% each<br>Line from *Schedule A/B*: 19.13 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in 501-503 Kennedy Street NW, LLC<br>33.3% each<br>Line from *Schedule A/B*: 19.14 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in 5908 9th Street NW, LLC<br>25% each<br>Line from *Schedule A/B*: 19.15 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in 635 14th Street NE, LLC<br>25% each<br>Line from *Schedule A/B*: 19.16 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in HyperFast Construction Company<br>50% each<br>Line from *Schedule A/B*: 19.17 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Debtor 1   Daniel James Lesniak
Debtor 2   Keri Shull Lesniak

Case number (if known)   24-12348-KHK

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Membership interest in HyperFast Fund, LLC<br>33.3% each<br>Line from *Schedule A/B*: 19.18 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in LVH Partners, LLC<br>33.3% each<br>Line from *Schedule A/B*: 19.19 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in KS Team LLC fka The Keri Shull Team, which has a Truist Bank account with approximately $15,000<br>100 % ownership<br>Line from *Schedule A/B*: 19.20 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in 4840 Georgia Avenue NW, LLC<br>33.3% each<br>Line from *Schedule A/B*: 19.21 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in HyperFast Development, LLC<br>50% each<br>Line from *Schedule A/B*: 19.22 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in 4050 Chesapeake Street NW, LLC<br>33.3% each<br>Line from *Schedule A/B*: 19.23 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in 1915 Benning Road NE, LLC<br>33.3% each<br>Line from *Schedule A/B*: 19.24 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in 4811 Georgia Avenue NW, LLC<br>33.3% each<br>Line from *Schedule A/B*: 19.25 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in 751-757 Columbia Road NW, LLC<br>33.3% each<br>Line from *Schedule A/B*: 19.26 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in 3934 10th Street NE, LLC<br>33.3% each<br>Line from *Schedule A/B*: 19.27 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in 3564-3566 Alton Place, LLC<br>25% each<br>Line from *Schedule A/B*: 19.28 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Membership interest in Daniel Lesniak LLC<br>100 % ownership<br>Line from *Schedule A/B*: 19.29 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in Hyperfast Wealth LLC<br>50% each<br>Line from *Schedule A/B*: 19.30 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership interest in 312 S. Washington Street LLC<br>25% each<br>Line from *Schedule A/B*: 19.31 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Membership in Orange Line Living, LLC<br>100 % ownership<br>Line from *Schedule A/B*: 19.32 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| IRA: IRA with Equity Trust Co., which in turn is a member of 1200 3rd Street Investors, LLC<br>Line from *Schedule A/B*: 21.1 | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |
| 401(k): Optime Realty retirement acct. with EQRP<br>Line from *Schedule A/B*: 21.2 | $21,771.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 541(c)(2) |
| 401(k): Optime Realty retirement acct. with EQRP<br>Line from *Schedule A/B*: 21.3 | $40,248.20 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 541(c)(2) |
| Rent: Landlord security deposit: $5,500<br>Line from *Schedule A/B*: 22.1 | Unknown | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Rent: Landlord security deposit: $3,400<br>Line from *Schedule A/B*: 22.2 | Unknown | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Published books: Home Buyer Secrets: Your Ulimate Guide to Home Searching, Crafting the Perfect Offer & Landing the Home of Your Dreams!; The HyperLocal HyperFast Real Estate Agent: How to Dominate Your Real Estate Market in Under a Year- I Did it and so C<br>Line from *Schedule A/B*: 26.1 | Unknown | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | Daniel James Lesniak | | |
|----------|----------------------|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Federal and State: Unknown potential tax refunds<br>Line from *Schedule A/B*: 28.1 | Unknown | ■        $1.00<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Overpayment of Chapter 7 legal fees<br>Line from *Schedule A/B*: 30.1 | $45.75 | ■        $45.75<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Accrued wages, earned but not yet paid<br>Line from *Schedule A/B*: 30.2 | $306.33 | ■        $306.33<br>☐   100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■   No

   ☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐     No

        ☐     Yes

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Daniel James Lesniak | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | Keri Shull Lesniak | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | |
| Case number | 24-12348-KHK | |
| (if known) | | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:  List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.1** MainStreet Bank
Creditor's Name

10089 Fairfax Blvd.
Fairfax, VA 22030
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**  $210,000.00  $1,150,000.00  $63,077.48

4112 NE 21st Ave. Fort Lauderdale, FL 33308  Broward County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  3rd priority deed of trust

Last 4 digits of account number _____

**2.2** Mr. Cooper
Creditor's Name

P.O. Box 619094
Dallas, TX 75261-9741
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**  $507,186.66  $1,150,000.00  $0.00

4112 NE 21st Ave. Fort Lauderdale, FL 33308  Broward County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  1st priority deed of trust

Last 4 digits of account number  2857

| Debtor 1 | Daniel James Lesniak | | | Case number (if known) | 24-12348-KHK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Keri Shull Lesniak | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.3 | **PNC Bank** | **Describe the property that secures the claim:** | $495,890.82 | $1,150,000.00 | $0.00 |
|---|---|---|---|---|---|

**PNC Bank**
Creditor's Name

4112 NE 21st Ave. Fort Lauderdale, FL 33308  Broward County

P.O. Box 771021
Chicago, IL 60677-1021
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     2nd priority deed of trust

Date debt was incurred _____     Last 4 digits of account number     0439

---

| 2.4 | **TD Auto Finance** | **Describe the property that secures the claim:** | $21,588.67 | $17,000.00 | $4,588.67 |
|---|---|---|---|---|---|

**TD Auto Finance**
Creditor's Name

2019 Honda Odyssey 74,000 miles

P.O. Box 100295
Columbia, SC 29202-3295
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     Security interest

Date debt was incurred     1/21/22     Last 4 digits of account number     1309

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,234,666.15 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,234,666.15 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Daniel James Lesniak |
| | First Name / Middle Name / Last Name |
| Debtor 2 | Keri Shull Lesniak |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 24-12348-KHK |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1** Commonwealth of Virginia
Priority Creditor's Name
Dept. of Taxation
Legal Unit, P.O. Box 2156
Richmond, VA 23218
Number Street City State Zip Code

Last 4 digits of account number ____    Total claim: Unknown    Priority amount: $0.00    Nonpriority amount: $0.00

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____    Income taxes

Debtor 1    Daniel James Lesniak

Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

| 2.2 | Internal Revenue Service | Last 4 digits of account number | Unknown | $0.00 | $0.00 |

Priority Creditor's Name

400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Income taxes

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | 3934 10th Street NE Condo Assn | Last 4 digits of account number | | $150,000.00 |

Nonpriority Creditor's Name

3934 10th St., NE
Washington, DC 20017

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    5/28/21

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Warranty claim solely against 3934 10th Street NE, LLC, listed for information only

Debtor 1    Daniel James Lesniak

Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.2 | A. Michael Stevens | | |
|---|---|---|---|

**A. Michael Stevens**
Nonpriority Creditor's Name
2001 15th St. N
Unit 1107
Arlington, VA 22201
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential investor claim

---

| 4.3 | ABC Supply Co., Inc. | | |
|---|---|---|---|

**ABC Supply Co., Inc.**
Nonpriority Creditor's Name
P.O. Box 415636
Boston, MA 02241-5636
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 2792    $1,699.71

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Claim solely against Elite Custom Homes 100 LLC, listed for information only

---

| 4.4 | Alex Novak | | |
|---|---|---|---|

**Alex Novak**
Nonpriority Creditor's Name
IRA Financial Trust Company
918 N. Market St.
Frederick, MD 21701
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential investor claim

---

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |

---

**4.5** | **Alexandra Kirichenko**

Nonpriority Creditor's Name

118 W. Church St.

Frederick, MD 21701

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential investor claim

---

**4.6** | **Alla Solovyeva**

Nonpriority Creditor's Name

2501 Wisconsin Ave., NW

Apt. 304

Washington, DC 20007

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential investor claim

---

**4.7** | **Allison M. Kingery**

Nonpriority Creditor's Name

3934 10th St., NE, Unit 3

Washington, DC 20017

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential warranty claim against selling entity, listed for information only

---

Debtor 1   Daniel James Lesniak

Debtor 2   Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.8 | American Express | Last 4 digits of account number | 3003 | | $30,581.14 |

Nonpriority Creditor's Name

P.O. Box 1270

Newark, NJ 07101-1270

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Claim against LVH Partners, LLC, personally guaranteed

---

| 4.9 | American Express | Last 4 digits of account number | 3008 | | $158,065.65 |

Nonpriority Creditor's Name

P.O. Box 1270

Newark, NJ 07101-1270

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Claim against Hyperfast Development, LLC, personally guaranteed

---

| 4.10 | American Express | Last 4 digits of account number | 9007 | | $2,123.90 |

Nonpriority Creditor's Name

P.O. Box 1270

Newark, NJ 07101-1270

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Claim against Orange Line Living, LLC, personally guaranteed

---

Debtor 1    Daniel James Lesniak

Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

**4.1
1**    American Express

Nonpriority Creditor's Name

P.O. Box 1270
Newark, NJ 07101-1270

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    4002          $4,415.79

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Platinum credit card

---

**4.1
2**    American Express

Nonpriority Creditor's Name

P.O. Box 1270
Newark, NJ 07101-1270

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    6002          $203,545.63

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim against The Keri Shull Team, personally guaranteed

---

**4.1
3**    Andres Franzetti

Nonpriority Creditor's Name

751 Columbia Rd., NW, Unit 2
Washington, DC 20001

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**          Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential warranty claim against selling entity, listed for information only

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

**4.1 4**    Anthony and Audrey Barresi
Nonpriority Creditor's Name
3566 Alton Pl., NW
Washington, DC 20008
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    11/21/21

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Warranty claims against Hyperfiest Development, LLC, Debtors, and various affiliates and 3rd parties

---

**4.1 5**    Anthony L. Jordan
Nonpriority Creditor's Name
1921 Capitol Ave., NE, Unit 1
Washington, DC 20002
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Potential warranty claim against selling entity, listed for information only

---

**4.1 6**    Anthony VanBuren
Nonpriority Creditor's Name
14871 Estella Ln.
Manassas, VA 20112
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Potential investor claim

---

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

| 4.17 | B. Tripp Derek | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
1322 Randolph St., NW, Apt. 1
Washington, DC 20011
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential warranty claim against selling entity, listed for information only

---

| 4.18 | Bank of America | Last 4 digits of account number   6857 | $12,794.51 |
|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 15019
Wilmington, DE 19886-5019
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Alaska Visa credit card

---

| 4.19 | Brad Yakots | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
16354 Hunter Ave.
Oregon City, OR 97045
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

Debtor 1  Daniel James Lesniak
Debtor 2  Keri Shull Lesniak

Case number (if known)  24-12348-KHK

---

| 4.20 | |
|---|---|

Bradley Hager

Nonpriority Creditor's Name

Stateroom Investments, LLC
4510 Primrose Valley Ln.
Fulshear, TX 77441
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____  Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential investor claim

---

| 4.21 | |
|---|---|

Brandon Lim

Nonpriority Creditor's Name

5908 9th St., NW, Apt. 2
Washington, DC 20011
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____  Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential warranty claim against selling entity, listed for information only

---

| 4.22 | |
|---|---|

Brian Mangus

Nonpriority Creditor's Name

Directed Trust Company
7511 Stone Arbor Dr.
Sugar Land, TX 77479
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____  Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential investor claim

---

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

---

**4.2 3**

**Brian Tham**
Nonpriority Creditor's Name

610 Newton Pl., NW, Unit 11
Washington, DC 20010
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

**4.2 4**

**Bruce Kasold**
Nonpriority Creditor's Name

5914 Skyline Heights Ct.
Alexandria, VA 22311
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

**4.2 5**

**Build with Ferguson**
Nonpriority Creditor's Name

402 Otterson Dr., Suite 100
Chico, CA 95929
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     $1,629.01

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Claim solely against Hyperfast Development, LLC, listed for information only

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.2 6 | Building Supply of Manassas | | Last 4 digits of account number | HFDEV | $29,051.87 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box Drawer 4991
Martinsville, VA 24115
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim solely against Hyperfast Development, LLC, listed for information only

---

| 4.2 7 | Calvin T. Roberts | | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
5908 9th St., NW, Apt. 5
Washington, DC 20011
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential warranty claim against selling entity, listed for information only

---

| 4.2 8 | Capital One | | Last 4 digits of account number | 4266 | $52,648.68 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 71087
Charlotte, NC 28272-1087
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim against Hyperfast Development, LLC, personally guaranteed

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.2 9 | Carina and Manesh Nachnani | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
4144 26th Rd. N
Arlington, VA 22207
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Potential investor claim

---

| 4.3 0 | Carter Lumber | Last 4 digits of account number | $35,658.68 |

Nonpriority Creditor's Name
601 Tallmadge Rd., #7331
Kent, OH 44240
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Claim against Hyperfast Development, LLC, personally guaranteed

---

| 4.3 1 | Cedars Business Services, LLC | Last 4 digits of account number | $639.64 |

Nonpriority Creditor's Name
7200 S. Alton Way, Suite B810
Englewood, CO 80112
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Business debt

---

Debtor 1   Daniel James Lesniak
Debtor 2   Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

**4.3 2**

**Charlotte L. Funnell**                         **Last 4 digits of account number** _____          Unknown
Nonpriority Creditor's Name
1923 Capitol Ave., NE, Unit 2                    **When was the debt incurred?** _____
Washington, DC 20002
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ■ Other. Specify   Potential warranty claim against selling entity,
☐ Yes                                               listed for information only

---

**4.3 3**

**Dan Martin**                                   **Last 4 digits of account number** _____          Unknown
Nonpriority Creditor's Name
42929 Cattail Meadows Pl.                         **When was the debt incurred?** _____
Ashburn, VA 20148
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ■ Other. Specify   Potential investor claim
☐ Yes

---

**4.3 4**

**Dan Rochon**                                   **Last 4 digits of account number** _____          Unknown
Nonpriority Creditor's Name
12715 Knollbrook Dr.                              **When was the debt incurred?** _____
Clifton, VA 20124
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ■ Other. Specify   Potential investor claim
☐ Yes

---

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

---

**4.35**  Daniel Chahel

Nonpriority Creditor's Name

9127 Bois Ave.
Vienna, VA 22182
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential investor claim

---

**4.36**  Daniel Wayne Chapman, Jr.

Nonpriority Creditor's Name

2785 Cresit Dr.
Carlsbad, CA 92008
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential investor claim

---

**4.37**  Dario and Sami Perez

Nonpriority Creditor's Name

2791 Centerboro Dr.
Vienna, VA 22181
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential investor claim

---

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

| 4.3 8 | Darren Bounds | **Last 4 digits of account number** _____ _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
128 Vista Oak Dr.
Longwood, FL 32779
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

| 4.3 9 | David and Rhonda Parda | **Last 4 digits of account number** _____ _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
501 Chestnut Rd.
Sewickley, PA 15143
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

| 4.4 0 | Debbie Lanzer | **Last 4 digits of account number** _____ _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
9448 Fens Hollow
Laurel, MD 20723-5712
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

| | |
|---|---|
| Debtor 1 | Daniel James Lesniak |
| Debtor 2 | Keri Shull Lesniak |

Case number (if known)  24-12348-KHK

---

**4.4
1**  **Debra Westlund Bledsoe**
Nonpriority Creditor's Name
6550 Pinton Dr., #143
Carlsbad, CA 92011
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential investor claim

---

**4.4
2**  **Demond McClellan**
Nonpriority Creditor's Name
Imara Charles
33 Vom Eigen Dr.
Morristown, NJ 07960
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential investor claim

---

**4.4
3**  **Dennis Manning**
Nonpriority Creditor's Name
3934 10th St., NE, Unit 1
Washington, DC 20017
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          $600,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Claim solely against 3934 10th Street NE LLC, et al., listed for information only

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.4 4 | |
|---|---|

**Derek Hirata**

Nonpriority Creditor's Name
1322 Randolph St., NW, Apt. 2
Washington, DC 20011
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential warranty claim against selling entity, listed for information only

---

| 4.4 5 | |
|---|---|

**Derrick Carpenter**

Nonpriority Creditor's Name
21114 W. 81st Terrace
Lenexa, KS 66220
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential investor claim

---

| 4.4 6 | |
|---|---|

**Donald Rucker**

Nonpriority Creditor's Name
103 Elmar Dr. SE
Vienna, VA 22180
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential investor claim

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.47 | EagleBank | Last 4 digits of account number | 2001 | $304,970.42 |

Nonpriority Creditor's Name
6010 Executive Blvd., 8th Fl.
Rockville, MD 20852
Number Street City State Zip Code

**When was the debt incurred?**    1/18/19

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim against Optime Realty LLC, personally guaranteed

---

| 4.48 | Elena Pouchelon | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
6361 Walker Ln., Suite 140
Alexandria, VA 22310
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential investor claim

---

| 4.49 | Elizabeth Kreft Brienza | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
1479 Southpointe Ct.
Melbourne, FL 32940
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential investor claim

---

Debtor 1   Daniel James Lesniak
Debtor 2   Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

**4.50**

**Elsie Palmieri**
Nonpriority Creditor's Name
5908 9th St., NW, Apt. 3
Washington, DC 20011
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential warranty claim against selling entity, listed for information only

---

**4.51**

**Eric Geelan**
Nonpriority Creditor's Name
1921 Capitol Ave., NE, Unit 2
Washington, DC 20002
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential warranty claim against selling entity, listed for information only

---

**4.52**

**Erie Insurance Group**
Nonpriority Creditor's Name
100 Erie Insurance Pl.
Erie, PA 16530
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 5531    $2,072.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Claim solely against Hyperfast Development, LLC, listed for information only

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak

Case number *(if known)*    24-12348-KHK

---

| 4.5 3 | Erie Insurance Group | Last 4 digits of account number | 0388 | $894.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
100 Erie Insurance Pl.
Erie, PA 16530
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim solely against Hyperfast Development, LLC, listed for information only

---

| 4.5 4 | Falcon Engineering Co., LLC | Last 4 digits of account number | | $11,077.77 |
|---|---|---|---|---|

Nonpriority Creditor's Name
7361 Calhoun Pl., Suite 475
Derwood, MD 20855
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim solely against Hyperfast Development, LLC, listed for information only

---

| 4.5 5 | Family Fire Service | Last 4 digits of account number | | $10,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
and Plumbing Company
12288 Wilkins Ave., Unit A
Rockville, MD 20852
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim solely against HyperFast Development, LLC, listed for information only

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak                                          Case number (if known)    24-12348-KHK

---

| 4.5 6 | Farzana Sultana | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

25 U St., NW, Unit 1
Washington, DC 20002

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Potential warranty claim against selling entity, listed for information only

---

| 4.5 7 | Fred Hubler | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

704 Hutchs Way
Spring City, PA 19475

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Potential investor claim

---

| 4.5 8 | Geoffrey Cherring | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name

7118 Marine Dr.
Alexandria, VA 22307

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Potential investor claim

---

Debtor 1   Daniel James Lesniak
Debtor 2   Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.5 9 | Glen Benson | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
9301 Wildoak Dr.
Bethesda, MD 20814
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential investor claim

---

| 4.6 0 | Gretchen Coley | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
The Coley Group, LLC
517 Chrismill Ln.
Holly Springs, NC 27540
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential investor claim

---

| 4.6 1 | Guild Mortgage Company | | Last 4 digits of account number | R005 | $1,010,000.00 |

Nonpriority Creditor's Name
5887 Copley Dr.
San Diego, CA 92111
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim against 751 Columbia Rd., NW, LLC, personally guaranteed

---

| | |
|---|---|
| Debtor 1 | Daniel James Lesniak |
| Debtor 2 | Keri Shull Lesniak |

Case number (if known) **24-12348-KHK**

---

**4.6 2**

**Hassan Syed**
Nonpriority Creditor's Name
Syed Realty, LLC
59 Cranbury Rd.
Princeton, NJ 08540
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential investor claim

---

**4.6 3**

**Hayden Sloss**
Nonpriority Creditor's Name
JHS Holdings, LLC
8108 Cawdor Ct.
McLean, VA 22102
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential investor claim

---

**4.6 4**

**Heidi Lichtenberg**
Nonpriority Creditor's Name
30570 Chappelear Dr.
Charlotte Hall, MD 20622
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential investor claim

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.6 5 | Home Depot | | Last 4 digits of account number | 4517 | | $37,807.51 |

Nonpriority Creditor's Name
P.O. Box 790340
Saint Louis, MO 63179
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Claim against Hyperfast Development, LLC, personally guaranteed

---

| 4.6 6 | Iftikhar Khan | | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name
4607 Sand Rock Ln.
Chantilly, VA 20151
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential investor claim

---

| 4.6 7 | Jacob Fisk | | Last 4 digits of account number | | | Unknown |

Nonpriority Creditor's Name
3934 10th St., NE, Unit 2
Washington, DC 20017
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential warranty claim against selling entity, listed for information only

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.68 | **Jad Bouchebel** | **Last 4 digits of account number** _____ _____ | Unknown |

Nonpriority Creditor's Name
4560 Strutfield Ln.
Alexandria, VA 22311
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential investor claim

---

| 4.69 | **James Kirtly** | **Last 4 digits of account number** _____ _____ | Unknown |

Nonpriority Creditor's Name
755 Columbia Rd., NW, Unit 1
Washington, DC 20001
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim solely against 755 Columbia Rd., NW, LLC, listed for information only

---

| 4.70 | **James Lesniak** | **Last 4 digits of account number** _____ _____ | Unknown |

Nonpriority Creditor's Name
Equity Trust Company Custodian
2837 Banyan Blvd. Cir.
Boca Raton, FL 33431
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential investor claim

---

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

| 4.7 1 | **Jason Hill** | | **Last 4 digits of account number** _____ | | Unknown |
|---|---|---|---|---|---|

**Jason Hill**
Nonpriority Creditor's Name
701 SE 16th St., #2
Fort Lauderdale, FL 33316
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

| 4.7 2 | **Jay Godla** | | **Last 4 digits of account number** _____ | | Unknown |
|---|---|---|---|---|---|

**Jay Godla**
Nonpriority Creditor's Name
801 Deer Trail Ln.
Oak Brook, IL 60523
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

| 4.7 3 | **Jeanne Scott** | | **Last 4 digits of account number** _____ | | Unknown |
|---|---|---|---|---|---|

**Jeanne Scott**
Nonpriority Creditor's Name
5607 Farmwood Ct.
Alexandria, VA 22315
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

---

| 4.7 4 | Jerry Ricciardi | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
1422 Longfellow St., NW
Washington, DC 20011

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Potential investor claim

---

| 4.7 5 | Jerry Shevitz | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
9 Alcott Dr.
Great Falls, VA 22066

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Potential investor claim

---

| 4.7 6 | Joe and Mikhaila Bermudez | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
41725 Bloomfield Path St.
Ashburn, VA 20148-1722

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Potential investor claim

---

Debtor 1   Daniel James Lesniak

Debtor 2   Keri Shull Lesniak

Case number (if known)   24-12348-KHK

---

| 4.77 | Joe Khalil | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
1012 N Highland St.
Suite 130B
Arlington, VA 22201

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential investor claim

---

| 4.78 | Joel Salamone | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
2373 N. Fillmore St.
Arlington, VA 22207

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential investor claim

---

| 4.79 | Joey Love | | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
Funding Ventures, LLC
P.O. Box 15150
Arlington, VA 22215

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential investor claim

---

Debtor 1    Daniel James Lesniak

Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.8 0 | JP Pyo | | Last 4 digits of account number | | | | Unknown |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

139 Roland Ct. SW

Vienna, VA 22180

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Potential investor claim

---

| 4.8 1 | Julie Byrd | | Last 4 digits of account number | | | | Unknown |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

3338 S. Shore Circle West

Bloomfield, MI 48232

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Potential investor claim

---

| 4.8 2 | Justin Jarboe | | Last 4 digits of account number | | | | Unknown |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

The Jarboe Group, LLC

60 Shrewsbury St., 2nd Fl.

Worcester, MA 01604

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Potential investor claim

---

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

---

**4.83**

**Kellie Holscher**
Nonpriority Creditor's Name

7709 SW 174th Pl.
Beaverton, OR 97007
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

**4.84**

**Kevin Kreft**
Nonpriority Creditor's Name

3410 Hampton Blvd.
Alva, FL 33920
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

**4.85**

**Kevin Palka**
Nonpriority Creditor's Name

MVP Legacy LLC
1775 Tysons Blvd.
Vienna, VA 22180
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

Debtor 1   Daniel James Lesniak
Debtor 2   Keri Shull Lesniak                                    Case number (if known)   24-12348-KHK

| 4.8 6 | Koko and Corey Edwards | | Last 4 digits of account number | | | Unknown |

**Nonpriority Creditor's Name**
753 Columbia Rd., NW, Unit 1
Washington, DC 20001
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential warranty claim against selling entity, listed for information only

---

| 4.8 7 | Kurt Buchert | | Last 4 digits of account number | | | Unknown |

**Nonpriority Creditor's Name**
127 Okeechobee W.
Santa Rosa Beach, FL 32459
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

| 4.8 8 | Kyle Kreft | | Last 4 digits of account number | | | Unknown |

**Nonpriority Creditor's Name**
10637 Cliff Mountain Ave.
Las Vegas, NV 89129-3244
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

---

**4.89**

**Lara Elias**

Nonpriority Creditor's Name

LRZ Holdings, LLC
8651 Crown Ct.
Burr Ridge, IL 60527

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

**4.90**

**Lauren Longshore**

Nonpriority Creditor's Name

1877 Foxstone Dr.
Vienna, VA 22182

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

**4.91**

**Lily Westlund**

Nonpriority Creditor's Name

772 Rabbit Run St.
Stayton, OR 97383

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

Debtor 1  Daniel James Lesniak
Debtor 2  Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.9 2 | **Logia Consulting, LLC** | | | **Last 4 digits of account number** _____ | $798,422.23 |

Nonpriority Creditor's Name
c/o Matthew W. Fogleman
2200 Research Blvd., Suite 560
Rockville, MD 20850

Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Claim against 4050 Chesapeake Street NW, LLC, personally guaranteed

---

| 4.9 3 | **Luisa Siles** | | | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
4101 Albemarle St., NW, #529
Washington, DC 20016

Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Potential investor claim

---

| 4.9 4 | **Luke Holscher** | | | **Last 4 digits of account number** _____ | Unknown |

Nonpriority Creditor's Name
7709 SW 174th Pl.
Beaverton, OR 97007

Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Potential investor claim

---

Debtor 1  Daniel James Lesniak
Debtor 2  Keri Shull Lesniak

Case number (if known)    24-12348-KHK

| 4.9 5 | | | |
|---|---|---|---|
| **MainStreet Bank** | | Last 4 digits of account number | Unknown |
| Nonpriority Creditor's Name | | | |

10089 Fairfax Blvd.
Fairfax, VA 22030

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Claim against 4050 Chesapeake Street NW, LLC, personally guaranteed

---

| 4.9 6 | | | |
|---|---|---|---|
| **MainStreet Bank** | | Last 4 digits of account number 1214 | $2,490,000.00 |
| Nonpriority Creditor's Name | | | |

10089 Fairfax Blvd.
Fairfax, VA 22030

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Claim against 1915 Benning Road NE, LLC, personally guaranteed

---

| 4.9 7 | | | |
|---|---|---|---|
| **MainStreet Bank** | | Last 4 digits of account number 0455 | $3,542,000.00 |
| Nonpriority Creditor's Name | | | |

10089 Fairfax Blvd.
Fairfax, VA 22030

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Claim against 1010 17th Street NE, LLC, personally guaranteed

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.98 | MainStreet Bank | Last 4 digits of account number | 7493 | $370,000.00 |
|------|-----------------|--------------------------------|------|-------------|

Nonpriority Creditor's Name

10089 Fairfax Blvd.
Fairfax, VA 22030

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim against 1010 17th Street NE, LLC, personally guaranteed

---

| 4.99 | MainStreet Bank | Last 4 digits of account number | 0176 | $138,000.00 |
|------|-----------------|--------------------------------|------|-------------|

Nonpriority Creditor's Name

10089 Fairfax Blvd.
Fairfax, VA 22030

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim against 1010 17th Street NE, LLC, personally guaranteed

---

| 4.100 | MainStreet Bank | Last 4 digits of account number | 5827 | $1,409,839.15 |
|-------|-----------------|--------------------------------|------|---------------|

Nonpriority Creditor's Name

10089 Fairfax Blvd.
Fairfax, VA 22030

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim against 1001 18th Street NE, LLC, personally guaranteed

---

Debtor 1  Daniel James Lesniak
Debtor 2  Keri Shull Lesniak

Case number (if known)    24-12348-KHK

| 4.1 01 | MainStreet Bank | Last 4 digits of account number | 0192 | $390,000.00 |

Nonpriority Creditor's Name
10089 Fairfax Blvd.
Fairfax, VA 22030
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Claim against 1001 18th Street NE, LLC, personally guaranteed

---

| 4.1 02 | MainStreet Bank | Last 4 digits of account number | | $41,000.00 |

Nonpriority Creditor's Name
10089 Fairfax Blvd.
Fairfax, VA 22030
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Claim against 2504 41st Street NW, LLC, personally guaranteed

---

| 4.1 03 | Manish Surati | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
2231 Chestnut Pass
Decatur, GA 30033
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

Debtor 1   Daniel James Lesniak
Debtor 2   Keri Shull Lesniak

Case number *(if known)*    24-12348-KHK

---

**4.1**
**04**

**Marcy Rol**

Nonpriority Creditor's Name
MidAtlantic IRA, LLC
118 W. Church St.
Frederick, MD 20701
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

**4.1**
**05**

**Margaret Smith**

Nonpriority Creditor's Name
P.O. Both 696
Sneads Ferry, NC 28460
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

**4.1**
**06**

**Mark Gordon**

Nonpriority Creditor's Name
5713 Ward Ave.
Virginia Beach, VA 23455
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

---

**4.1 07**

Mark O'Brien
Nonpriority Creditor's Name
Specialized Trust Co-Custodian
25739 McDeeds Ln.
Chantilly, VA 20152-1701
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Business loan, personally guaranteed

---

**4.1 08**

Martin Chadzynski
Nonpriority Creditor's Name
6500 Rock Spring Dr.
Suite 500
Bethesda, MD 20817
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential investor claim

---

**4.1 09**

Martin F. Mueller
Nonpriority Creditor's Name
3934 10th St., NE, Unit 5
Washington, DC 20017
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential warranty claim against selling entity, listed for information only

---

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

**4.1 10**

**Mary Troutman**
Nonpriority Creditor's Name
13013 Borel Ct.
Union, KY 41091
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential investor claim

---

**4.1 11**

**Matt Lesniak**
Nonpriority Creditor's Name
14 Revere St.
Boston, MA 02130
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential investor claim

---

**4.1 12**

**Matthew Lanzer**
Nonpriority Creditor's Name
1801 Liesfeld Pkwy.
Glen Allen, VA 23060
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential investor claim

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.1 13 | Matthew Lanzer | | Last 4 digits of account number | | | | Unknown |

**Nonpriority Creditor's Name**
MidAtlantic IRA, LLC
118 W. Church St.
Frederick, MD 21701
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential investor claim

---

| 4.1 14 | Matthew Reed | | Last 4 digits of account number | | | | Unknown |

**Nonpriority Creditor's Name**
5506 Kings Park Dr.
Springfield, VA 22151
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential investor claim

---

| 4.1 15 | Max Sandler | | Last 4 digits of account number | | | | Unknown |

**Nonpriority Creditor's Name**
Foursight Residential, LLC
448 Viking Dr., Suite 220
Virginia Beach, VA 23452
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential investor claim

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak

Case number *(if known)*    24-12348-KHK

---

| 4.1 16 | | |
|---|---|---|

**Megan C. Gormley**
Nonpriority Creditor's Name
5908 9th St., NW, Apt. 4
Washington, DC 20011
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential warranty claim against selling entity, listed for information only

---

| 4.1 17 | | |
|---|---|---|

**Michael Eddy**
Nonpriority Creditor's Name
Logia Consulting, LLC
558 N. Norwood St.
Arlington, VA 22203
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential investor claim

---

| 4.1 18 | | |
|---|---|---|

**Michael F. Schlosser**
Nonpriority Creditor's Name
351 Wilchester Blvd.
Houston, TX 77079
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential investor claim

---

Debtor 1    Daniel James Lesniak

Debtor 2    Keri Shull Lesniak

Case number *(if known)*    24-12348-KHK

---

| 4.1 19 | | |
|---|---|---|

**Michael Gillies**

Nonpriority Creditor's Name

4 Smelters Tract Rd.
Stafford, VA 22554

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential investor claim

---

| 4.1 20 | | |
|---|---|---|

**Mo Ben Driss Alami**

Nonpriority Creditor's Name

1149 Owen Pl., NE
Washington, DC 20002

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential investor claim

---

| 4.1 21 | | |
|---|---|---|

**MVB Bank**

Nonpriority Creditor's Name

Attn: Craig Schmitz
12100 Sunset Hills Rd., #130
Reston, VA 20190

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    _____

---

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

---

**4.1
22**    Nagesh Chigurupati

Nonpriority Creditor's Name

41531 Bostonian Pl.
Aldie, VA 20105

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

**4.1
23**    Najib Bouchebel

Nonpriority Creditor's Name

1881 N. Nash St., #1509
Arlington, VA 22209

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

**4.1
24**    Nathan Benson

Nonpriority Creditor's Name

930 Rose Ave., Unit 1710
Rockville, MD 20852

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____      Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

Debtor 1   Daniel James Lesniak
Debtor 2   Keri Shull Lesniak
_____          Case number (if known)   24-12348-KHK

---

| 4.1 25 | National Construction Rentals | Last 4 digits of account number | 7969 | $28.24 |

Nonpriority Creditor's Name
P.O. Box 841461
Los Angeles, CA 90084-1461
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Claim solely against Hyperfast Development, LLC, listed for information only

---

| 4.1 26 | NC Landscaping, Inc. | Last 4 digits of account number | | $591,775.00 |

Nonpriority Creditor's Name
7914 Ashland Ave.
Manassas, VA 20109
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Mechanic's lien and related claims against Hyperfast Development, LLC, Wife-Debtor, and various affiliates and 3rd parties

---

| 4.1 27 | Nicole Stanbra | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
129 Pegasus Dr.
Jupiter, FL 33477
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

Debtor 1   Daniel James Lesniak
Debtor 2   Keri Shull Lesniak                                                   Case number (if known)   24-12348-KHK

---

**4.1
28**

Nikhil Nayak

Nonpriority Creditor's Name

Grace Street Holdings, LLC
1625 N. George Mason Dr., #445
Arlington, VA 22205
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential investor claim

---

**4.1
29**

Nikki Lagouros

Nonpriority Creditor's Name

2207 Burgee Ct.
Reston, VA 20191-4705
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential investor claim

---

**4.1
30**

Nikki Taylor

Nonpriority Creditor's Name

3934 10th St., NE, Unit 4
Washington, DC 20017
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential warranty claim against selling entity, listed for information only

---

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

---

**4.1 31**

**Patrizia Giassa**
Nonpriority Creditor's Name

2435 Bluff St.
Boulder, CO 80304
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

**4.1 32**

**Peter Smith**
Nonpriority Creditor's Name

190 W. Craftsman Way
Hampstead, NC 28443
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

**4.1 33**

**Peter Yu**
Nonpriority Creditor's Name

42776 Locket Ln.
Chantilly, VA 20152
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

Debtor 1  Daniel James Lesniak
Debtor 2  Keri Shull Lesniak                                      Case number (if known)   24-12348-KHK

| 4.1 34 | Phillip Zhen and You Chan | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
751 Columbia Rd., NW, Unit 1
Washington, DC 20001
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential warranty claim against selling entity, listed for information only

| 4.1 35 | Pil Yu | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
42776 Locket Ln.
Chantilly, VA 20152
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

| 4.1 36 | PNC Bank | Last 4 digits of account number | 3019 | $2,877.00 |

Nonpriority Creditor's Name
200 E. Broward Blvd.
Suite 910
Fort Lauderdale, FL 33301
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Overdrawn bank account

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

---

**4.1 37**

**Rafael Melo**
Nonpriority Creditor's Name
The Kingdom Trust Company
2237 14th St., NE
Washington, DC 20018
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

**4.1 38**

**Rajinder Varandani**
Nonpriority Creditor's Name
2535 Gallows Rd.
Dunn Loring, VA 22107
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

**4.1 39**

**Rasheedia Aigoro**
Nonpriority Creditor's Name
5908 9th St., NW, Apt. 6
Washington, DC 20011
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential warranty claim against selling entity, listed for information only

---

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

| 4.1 40 | Reed E. Waxham | | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|---|

**Nonpriority Creditor's Name**
753 Columbia Rd., NW, Unit 3
Washington, DC 20001
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential warranty claim against selling entity, listed for information only

---

| 4.1 41 | Rhonda Goodman | | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|---|

**Nonpriority Creditor's Name**
Equity Trust Company Custodian
2837 Banyan Blvd. Cir.
Boca Raton, FL 33431
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential investor claim

---

| 4.1 42 | Richard Kyle Gurley and Sima | | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|---|

**Nonpriority Creditor's Name**
3564 Alton Pl., NW
Washington, DC 20008
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Potential warranty claim against selling entity, listed for information only

---

Debtor 1   Daniel James Lesniak

Debtor 2   Keri Shull Lesniak

Case number (if known)   24-12348-KHK

---

| 4.1 43 | Robert E. Pierce | | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

1322 Randolph St., NW, Apt. 3
Washington, DC 20011
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential warranty claim against selling entity, listed for information only

---

| 4.1 44 | Robert Gillies | | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

12 Riva Ridge Ln.
Stafford, VA 22556
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential investor claim

---

| 4.1 45 | Robert Rubin | | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

3900 NW 23rd Ter.
Boca Raton, FL 33431
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   Potential investor claim

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.1 46 | Robin West | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

205 52nd St.
Virginia Beach, VA 23451

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential investor claim

---

| 4.1 47 | Roto-Rooter Services Company | Last 4 digits of account number | $1,007.00 |

Nonpriority Creditor's Name

5672 Collections Center Dr.
Chicago, IL 60693-0056

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim solely against HyperFast Development, LLC, listed for information only

---

| 4.1 48 | Ruth and Praveen Krishnan | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

2804 Gateway Oaks Dr., #100
Sacramento, CA 95833

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential investor claim

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.1 49 | Sabina Gudaukas | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
859 Constellation Dr.
Great Falls, VA 22066
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential investor claim

---

| 4.1 50 | Samuel Vincy | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
753 Columbia Rd., NW, Unit 2
Washington, DC 20001
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential warranty claim against selling entity, listed for information only

---

| 4.1 51 | Sandy Spring Bank | | Last 4 digits of account number | | Unknown |

**Nonpriority Creditor's Name**
Attn: Michael Acton
11921 Freedom Dr., Suite 250
Reston, VA 20190
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

Debtor 1   Daniel James Lesniak
Debtor 2   Keri Shull Lesniak

Case number (if known)   24-12348-KHK

---

| 4.1 52 | **Sean and Stephanie Cammilleri** |
|---|---|

Nonpriority Creditor's Name
1517 Church St., NW, Unit A
Washington, DC 20005
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Unknown

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Potential investor claim

---

| 4.1 53 | **Sherwin-Williams Co.** |
|---|---|

Nonpriority Creditor's Name
1201 Franklin St. NE
Washington, DC 20017-2404
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 4576

**When was the debt incurred?** _____

$207.63

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Claim solely against Hyperfast Development, LLC, listed for information only

---

| 4.1 54 | **Soma Gopala Rao Paravata** |
|---|---|

Nonpriority Creditor's Name
Revathi Jangiti
2305 Chevers Dr.
Glen Mills, PA 19342
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

Unknown

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Potential investor claim

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak                                           Case number (if known)    24-12348-KHK

---

| 4.1 55 | Steve and Debbie Appel | Last 4 digits of account number | | | Unknown |

**Steve and Debbie Appel**
Nonpriority Creditor's Name
1 Pennswood Dr.
Newtown, PA 18940
Number Street City State Zip Code

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential investor claim

---

| 4.1 56 | Susan G. Reyes Vasquez | Last 4 digits of account number | | | Unknown |

**Susan G. Reyes Vasquez**
Nonpriority Creditor's Name
5908 9th St., NW, Apt. 1
Washington, DC 20011
Number Street City State Zip Code

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Potential warranty claim against selling entity, listed for information only

---

| 4.1 57 | TD Auto Finance | Last 4 digits of account number | 6686 | | $53,335.85 |

**TD Auto Finance**
Nonpriority Creditor's Name
P.O. Box 100295
Columbia, SC 29202-3295
Number Street City State Zip Code

**Last 4 digits of account number** 6686    $53,335.85

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Claim solely against Optime Realty, LLC, listed for information only

---

Debtor 1    Daniel James Lesniak

Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.1 58 | **Tim and Janice McHale** | | **Last 4 digits of account number** | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
6506 Wayside Pl.
Alexandria, VA 22310
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential investor claim

---

| 4.1 59 | **Tim and Julie Harris** | | **Last 4 digits of account number** | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
100 Green Villa Dr.
Villa B
Dorado, PR 00646
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential investor claim

---

| 4.1 60 | **Timothy Abbott** | | **Last 4 digits of account number** | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
1814 N. Lincoln St.
Arlington, VA 22207
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential investor claim

---

Debtor 1    Daniel James Lesniak

Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

**4.1
61**    Tom Ziebro

Nonpriority Creditor's Name

iPlan Group
28011 Clemens Rd., Suite B
Westlake, OH 44145

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential investor claim

---

**4.1
62**    Trent Parks

Nonpriority Creditor's Name

Trenton P. Parks EQRP
634 Claremont Rd.
Billings, MT 59105

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential investor claim

---

**4.1
63**    Tsehay and Yonus Robi

Nonpriority Creditor's Name

8811 Royal Doulton Ln.
Fairfax, VA 22031

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Potential investor claim

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak

Case number (if known)    24-12348-KHK

---

| 4.1 64 | TW Perry - Gaithersburg | | Last 4 digits of account number | 2443 | $1,567.47 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
8101 Snouffer School Rd.
Gaithersburg, MD 20879
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Claim solely against Hyperfast Development, LLC, listed for information only

---

| 4.1 65 | United Site Services | | Last 4 digits of account number | 8830 | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 660475
Dallas, TX 75266-0475
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Claim solely against Hyperfast Development, LLC, listed for information only

---

| 4.1 66 | Viktoria Construction, LLC | | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
447 Springvale Rd.
Great Falls, VA 22066
Number Street City State Zip Code

**When was the debt incurred?**   4/24/23

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Mechanic's lien claim solely against 1915 Benning Road NE, LLC and an affiliated company, listed for information only

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak                                              Case number (if known)    24-12348-KHK

---

**4.1 67**    Vishal Bhakta                                    **Last 4 digits of account number** _____                    Unknown
Nonpriority Creditor's Name
Sonal Jagasia                                                   **When was the debt incurred?** _____
3007 Barkley Gate Ln.
Fairfax, VA 22031
Number Street City State Zip Code                              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                               ☐ Contingent
☐ Debtor 2 only                                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                  ■ Disputed
■ At least one of the debtors and another                     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**                  ☐ Student loans
**debt**                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                              report as priority claims
■ No                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                         ■ Other. Specify   Potential investor claim

---

**4.1 68**    Washington Real Estate                           **Last 4 digits of account number** _____                    Unknown
Nonpriority Creditor's Name
Investment Trust                                               **When was the debt incurred?**    11/13/14
1775 Eye St., NW, Suite 1000
Washington, DC 20006
Number Street City State Zip Code                              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                               ■ Contingent
☐ Debtor 2 only                                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                  ☐ Disputed
■ At least one of the debtors and another                     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**                  ☐ Student loans
**debt**                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                              report as priority claims
■ No                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                         ■ Other. Specify   Guaranty of commercial lease obligation

---

**4.1 69**    Wells Fargo                                      **Last 4 digits of account number**    6439                        $43,041.84
Nonpriority Creditor's Name
P.O. Box 51174                                                 **When was the debt incurred?** _____
Los Angeles, CA 90051-5474
Number Street City State Zip Code                              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                               ■ Contingent
☐ Debtor 2 only                                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                  ☐ Disputed
■ At least one of the debtors and another                     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**                  ☐ Student loans
**debt**                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                              report as priority claims
■ No                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                              ■ Other. Specify   Claim against DKA Holding Group, Inc.,
☐ Yes                                                                             personally guaranteed

---

Debtor 1  Daniel James Lesniak
Debtor 2  Keri Shull Lesniak

Case number (if known)  24-12348-KHK

---

| 4.1 70 | |
|---|---|

**William C. Baber**
Nonpriority Creditor's Name
Threshold Management
4512 Hickory Lake Ct.
Glen Allen, VA 23059
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential investor claim

---

| 4.1 71 | |
|---|---|

**William W. Wang**
Nonpriority Creditor's Name
3934 10th St., NE, Unit 6
Washington, DC 20017
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential warranty claim against selling entity, listed for information only

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Allison M. Kingery
3934 10th St., NE, Unit 3
Washington, DC 20017

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Cohen Seglias Pallas et al.
Attn: Jackson S. Nichols, Esq.
900 Seventh St. NW, Suite 725
Washington, DC 20001

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.166 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
David S. Musgrave, Esq.
Gordon Feinblatt LLC
1001 Fleet St., Suite 700
Baltimore, MD 21202

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.102 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 59 of 62

| Debtor 1 | Daniel James Lesniak |
|----------|----------------------|
| Debtor 2 | Keri Shull Lesniak |

Case number (if known)   24-12348-KHK

---

**Name and Address**
Dennis Manning
3934 10th St., NE, Unit 1
Washington, DC 20017

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
J. Brandon Sieg, Esq.
O'Hagan Meyer
411 E. Franklin St., Suite 500
Richmond, VA 23219

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.14 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Jackson S. Nichols, Esq.
Cohen Seglias Pallas et al.
900 Seventh St. NW, Suite 725
Washington, DC 20001

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.126 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Jacob Fisk
3934 10th St., NE, Unit 2
Washington, DC 20017

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Jad Bouchebel
Funding Ventures, LLC
P.O. Box 15150
Arlington, VA 22215

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.68 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
James Lesniak
Equity Trust Company Custodian
2837 Banyan Blvd. Cir.
Boca Raton, FL 33431

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
James Lesniak
Equity Trust Company Custodian
2837 Banyan Blvd. Cir.
Boca Raton, FL 33431

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.141 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Jason A. Pardo, Esq.
Pardo & Drazin, LLC
4400 Jenifer St., NW, Suite 2
Washington, DC 20015

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.95 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
John Patrick Sherry, Esq.
JPS Law PLLC
1900 Gallows Rd., Suite 220
Vienna, VA 22182

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.14 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Jordan Westlund
16354 Hunter Ave.
Oregon City, OR 97045

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.19 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Debtor 1 | Daniel James Lesniak |
|---|---|
| Debtor 2 | Keri Shull Lesniak |

Case number (if known)  24-12348-KHK

---

**Name and Address**
Martin F. Mueller
3934 10th St., NE, Unit 5
Washington, DC 20017

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
McCarthy Wilson LLP
Attn: David L. Rubino, Esq.
2200 Research Blvd., Suite 500
Rockville, MD 20850

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.14 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
McCarthy, Burgess & Wolff
26000 Cannon Rd.
Cleveland, OH 44146

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.65 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Nicholas D. Cowie, Esq.
Cowie Law Group, P.C.
1321 Generals Hwy., Suite 302
Crownsville, MD 21032

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Nikki Taylor
3934 10th St., NE, Unit 4
Washington, DC 20017

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
O'Hagan Meyer
Attn: Ronan Geronimo, Esq.
8115 Maple Lawn Blvd., #350
Fulton, MD 20759

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.14 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Posey Lebowitz PLLC
Attn: Ryan C. Posey, Esq.
3221 M St., NW
Washington, DC 20007

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.14 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Robin Finizio Kessler, Esq.
1130 Annapolis Rd., Suite 101
Odenton, MD 21113

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.43 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Sneha Varandani
2535 Gallows Rd.
Dunn Loring, VA 22207

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.138 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
Steve and Debbie Appel
IRA Financial Trust CFCO
5024 S. Bur Oak Pl., #200
Sioux Falls, SD 57108

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.155 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
William W. Wang
3934 10th St., NE, Unit 6

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

---

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

Washington, DC 20017

Last 4 digits of account number

---

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 12,532,777.32 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 12,532,777.32 |

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Keri Shull Lesniak | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number | 24-12348-KHK | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Camber Creek Fund IV, LP<br>c/o Corporation Service Co.<br>251 Little Falls Dr.<br>Wilmington, DE 19808 | Limited partnership interest in the above-referenced entity, owned through Husband-Debtor's IRA, under the Amended And Restated Limited Partnership Agreement dated 7/1/21 |
| 2.2 | Capital H3, LLC<br>72 N. Bremen Ave.<br>Egg Harbor City, NJ 08215 | Investing membership interest in this entity, owned through Wife-Debtor's IRA |
| 2.3 | Cardone Capital, LLC<br>18909 NE 29th Ave.<br>Aventura, FL 33180 | Subscription Agreement dated 6/1/18 and Amended Limited Liability Company Operating Agreement of Cardone Equity Fund IV, LLC dated 10/11/18 |
| 2.4 | Crecer Investments I<br>P.O. Box 171305<br>Salt Lake City, UT 84117 | Limited Liability Company Agreement of Crecer Investments I, a Series of Crecer Holdings Master, LLC dated 8/12/2020 |
| 2.5 | Jeremy and Patricia Trillet<br>11809 Tree Fern Ct.<br>Reston, VA 20191 | Husband-Debtor is a tenant under a residential lease with this party that expires on 7/1/25, at the rental rate of $3,400/mo. |
| 2.6 | Kacie Anderson<br>EXP Realty LLC<br>2030 E. Sample Rd.<br>Lighthouse Point, FL 33064 | Debtors are parties to a listing agreement with this real estate agent for the sale of their Florida home, which expires on 2/28/25 |
| 2.7 | Lotus Domaine Fund III, LP | Limited partnership interest in the above-referenced entity |

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |

### Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.8  Matthew and Amy Thatcher<br>c/o All County Nova Property<br>4304 Evergreen Ln., #104<br>Annandale, VA 22003 | Debtors are tenants under a residential lease with these parties that expires on 6/30/25, at the rental rate of $5,500/mo. |
| 2.9  MVP Communication, LLC<br>1775 Tysons Blvd., 6th Fl.<br>McLean, VA 22102 | Investing membership interest in this entity |
| 2.10  MVP Equities Fund II LLC<br>1775 Tysons Blvd., 6th Fl.<br>McLean, VA 22102 | Investing membership interest in this entity |
| 2.11  Optime Realty, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Husband-Debtor subleases a 2021 BMW X7 Series vehicle from this party at the rate of $1,275.44/mo. |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Daniel James Lesniak |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Keri Shull Lesniak |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 24-12348-KHK |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.1  1001 18th Street NE, LLC <br> 1600 Wilson Blvd., Suite 101 <br> Arlington, VA 22209 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line _4.85_ <br> ☐ Schedule G _____ <br> Kevin Palka |
| 3.2  1001 18th Street NE, LLC <br> 1600 Wilson Blvd., Suite 101 <br> Arlington, VA 22209 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line _4.76_ <br> ☐ Schedule G _____ <br> Joe and Mikhaila Bermudez |
| 3.3  1001 18th Street NE, LLC <br> 1600 Wilson Blvd., Suite 101 <br> Arlington, VA 22209 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line _4.42_ <br> ☐ Schedule G _____ <br> Demond McClellan |

| Debtor 1 | Daniel James Lesniak<br>Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | 1001 18th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.104___<br>☐ Schedule G _____<br>Marcy Rol |
| 3.5 | 1001 18th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.160___<br>☐ Schedule G _____<br>Timothy Abbott |
| 3.6 | 1001 18th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.118___<br>☐ Schedule G _____<br>Michael F. Schlosser |
| 3.7 | 1001 18th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.110___<br>☐ Schedule G _____<br>Mary Troutman |
| 3.8 | 1001 18th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____<br>Nathan Benson |
| 3.9 | 1001 18th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>Bruce Kasold |
| 3.10 | 1001 18th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.63___<br>☐ Schedule G _____<br>Hayden Sloss |
| 3.11 | 1001 18th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.107___<br>☐ Schedule G _____<br>Mark O'Brien |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|
| | Keri Shull Lesniak | | |

### Additional Page to List More Codebtors

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.12 | 1001 18th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.100__<br>☐ Schedule G _____<br>MainStreet Bank |
| 3.13 | 1001 18th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.101__<br>☐ Schedule G _____<br>MainStreet Bank |
| 3.14 | 1010 17th St. NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.126__<br>☐ Schedule G _____<br>NC Landscaping, Inc. |
| 3.15 | 1010 17th St. NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.97__<br>☐ Schedule G _____<br>MainStreet Bank |
| 3.16 | 1010 17th St. NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.98__<br>☐ Schedule G _____<br>MainStreet Bank |
| 3.17 | 1010 17th St. NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.99__<br>☐ Schedule G _____<br>MainStreet Bank |
| 3.18 | 1010 17th St. NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>Carter Lumber |
| 3.19 | 1322 Randolph Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.44__<br>☐ Schedule G _____<br>Derek Hirata |

| Debtor 1 | Daniel James Lesniak |  | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|---|
|  | Keri Shull Lesniak |  |  |  |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
|  | Check all schedules that apply: |

| | | |
|---|---|---|
| 3.20 | 1322 Randolph Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>B. Tripp Derek |
| 3.21 | 1322 Randolph Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.143__<br>☐ Schedule G _____<br>Robert E. Pierce |
| 3.22 | 1322 Randolph Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.146__<br>☐ Schedule G _____<br>Robin West |
| 3.23 | 1322 Randolph Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.106__<br>☐ Schedule G _____<br>Mark Gordon |
| 3.24 | 1322 Randolph Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.75__<br>☐ Schedule G _____<br>Jerry Shevitz |
| 3.25 | 1322 Randolph Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.124__<br>☐ Schedule G _____<br>Nathan Benson |
| 3.26 | 1322 Randolph Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.112__<br>☐ Schedule G _____<br>Matthew Lanzer |
| 3.27 | 1322 Randolph Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.160__<br>☐ Schedule G _____<br>Timothy Abbott |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|
| | Keri Shull Lesniak | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.28 | 1322 Randolph Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.91__<br>☐ Schedule G _____<br>Lily Westlund |
| 3.29 | 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.166__<br>☐ Schedule G _____<br>Viktoria Construction, LLC |
| 3.30 | 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>Dan Martin |
| 3.31 | 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>Brian Mangus |
| 3.32 | 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>Darren Bounds |
| 3.33 | 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.146__<br>☐ Schedule G _____<br>Robin West |
| 3.34 | 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.75__<br>☐ Schedule G _____<br>Jerry Shevitz |
| 3.35 | 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.149__<br>☐ Schedule G _____<br>Sabina Gudaukas |

| Debtor 1 | Daniel James Lesniak |  | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|---|
|  | Keri Shull Lesniak |  |  |  |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.36 | 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.106__<br>☐ Schedule G _____<br>Mark Gordon |
| 3.37 | 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.64__<br>☐ Schedule G _____<br>Heidi Lichtenberg |
| 3.38 | 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.124__<br>☐ Schedule G _____<br>Nathan Benson |
| 3.39 | 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.120__<br>☐ Schedule G _____<br>Mo Ben Driss Alami |
| 3.40 | 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.81__<br>☐ Schedule G _____<br>Julie Byrd |
| 3.41 | 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.170__<br>☐ Schedule G _____<br>William C. Baber |
| 3.42 | 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.126__<br>☐ Schedule G _____<br>NC Landscaping, Inc. |
| 3.43 | 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.96__<br>☐ Schedule G _____<br>MainStreet Bank |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|
|  | Keri Shull Lesniak |  |  |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.44 | 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.30___<br>☐ Schedule G _____<br>Carter Lumber |
| 3.45 | 1921 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>Anthony L. Jordan |
| 3.46 | 1921 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>Eric Geelan |
| 3.47 | 1921 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.123___<br>☐ Schedule G _____<br>Najib Bouchebel |
| 3.48 | 1921 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.103___<br>☐ Schedule G _____<br>Manish Surati |
| 3.49 | 1921 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.112___<br>☐ Schedule G _____<br>Matthew Lanzer |
| 3.50 | 1921 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>Mark Gordon |
| 3.51 | 1921 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____<br>Nathan Benson |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|
| | Keri Shull Lesniak | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.52 | 1921 Capitol Ave., NE, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.146__ ☐ Schedule G _____ Robin West |
| 3.53 | 1921 Capitol Ave., NE, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.114__ ☐ Schedule G _____ Matthew Reed |
| 3.54 | 1921 Capitol Ave., NE, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.75__ ☐ Schedule G _____ Jerry Shevitz |
| 3.55 | 1921 Capitol Ave., NE, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.23__ ☐ Schedule G _____ Brian Tham |
| 3.56 | 1921 Capitol Ave., NE, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.81__ ☐ Schedule G _____ Julie Byrd |
| 3.57 | 1923 Capitol Ave., NE, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.56__ ☐ Schedule G _____ Farzana Sultana |
| 3.58 | 1923 Capitol Ave., NE, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.32__ ☐ Schedule G _____ Charlotte L. Funnell |
| 3.59 | 1923 Capitol Ave., NE, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.123__ ☐ Schedule G _____ Najib Bouchebel |

| Debtor 1 | Daniel James Lesniak<br>Keri Shull Lesniak | | Case number *(if known)*  24-12348-KHK |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.60 | 1923 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.103___<br>☐ Schedule G _____<br>Manish Surati |
| 3.61 | 1923 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.112___<br>☐ Schedule G _____<br>Matthew Lanzer |
| 3.62 | 1923 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>Mark Gordon |
| 3.63 | 1923 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____<br>Nathan Benson |
| 3.64 | 1923 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.146___<br>☐ Schedule G _____<br>Robin West |
| 3.65 | 1923 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.114___<br>☐ Schedule G _____<br>Matthew Reed |
| 3.66 | 1923 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>Jerry Shevitz |
| 3.67 | 1923 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>Brian Tham |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|
| | Keri Shull Lesniak | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.68 | 1923 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.81___<br>☐ Schedule G _____<br>Julie Byrd |
| 3.69 | 2504 41st St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.128___<br>☐ Schedule G _____<br>Nikhil Nayak |
| 3.70 | 2504 41st St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.85___<br>☐ Schedule G _____<br>Kevin Palka |
| 3.71 | 2504 41st St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.152___<br>☐ Schedule G _____<br>Sean and Stephanie Cammilleri |
| 3.72 | 2504 41st St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>Debbie Lanzer |
| 3.73 | 2504 41st St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>Mark Gordon |
| 3.74 | 2504 41st St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.158___<br>☐ Schedule G _____<br>Tim and Janice McHale |
| 3.75 | 2504 41st St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.144___<br>☐ Schedule G _____<br>Robert Gillies |

| Debtor 1 | Daniel James Lesniak<br>Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |
|----------|--------------------------------------------|--------------------------|--------------|

**■ Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.76 | 2504 41st St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.138__<br>☐ Schedule G _____<br>Rajinder Varandani |
| 3.77 | 2504 41st St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.75__<br>☐ Schedule G _____<br>Jerry Shevitz |
| 3.78 | 2504 41st St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.124__<br>☐ Schedule G _____<br>Nathan Benson |
| 3.79 | 2504 41st St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.163__<br>☐ Schedule G _____<br>Tsehay and Yonus Robi |
| 3.80 | 2504 41st St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.74__<br>☐ Schedule G _____<br>Jerry Ricciardi |
| 3.81 | 2504 41st St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.119__<br>☐ Schedule G _____<br>Michael Gillies |
| 3.82 | 2504 41st St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>Bruce Kasold |
| 3.83 | 2504 41st St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.102__<br>☐ Schedule G _____<br>MainStreet Bank |

| Debtor 1 | Daniel James Lesniak |  | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|---|
|  | Keri Shull Lesniak |  |  |  |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.84   312 S. Washington Street, LLC
       1600 Wilson Blvd., Suite 101
       Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.58___
☐ Schedule G _____
Geoffrey Cherring

3.85   312 S. Washington Street, LLC
       1600 Wilson Blvd., Suite 101
       Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.75___
☐ Schedule G _____
Jerry Shevitz

3.86   312 S. Washington Street, LLC
       1600 Wilson Blvd., Suite 101
       Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.146___
☐ Schedule G _____
Robin West

3.87   312 S. Washington Street, LLC
       1600 Wilson Blvd., Suite 101
       Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
Brian Tham

3.88   312 S. Washington Street, LLC
       1600 Wilson Blvd., Suite 101
       Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.78___
☐ Schedule G _____
Joel Salamone

3.89   312 S. Washington Street, LLC
       1600 Wilson Blvd., Suite 101
       Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.22___
☐ Schedule G _____
Brian Mangus

3.90   312 S. Washington Street, LLC
       1600 Wilson Blvd., Suite 101
       Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.113___
☐ Schedule G _____
Matthew Lanzer

3.91   312 S. Washington Street, LLC
       1600 Wilson Blvd., Suite 101
       Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.112___
☐ Schedule G _____
Matthew Lanzer

| Debtor 1 | Daniel James Lesniak<br>Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

**3.92** 312 S. Washington Street, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line __4.68__
☐ Schedule G _____
Jad Bouchebel

---

**3.93** 312 S. Washington Street, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line __4.71__
☐ Schedule G _____
Jason Hill

---

**3.94** 312 S. Washington Street, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line __4.106__
☐ Schedule G _____
Mark Gordon

---

**3.95** 312 S. Washington Street, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line __4.158__
☐ Schedule G _____
Tim and Janice McHale

---

**3.96** 3564 Alton Place NW, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line __4.106__
☐ Schedule G _____
Mark Gordon

---

**3.97** 3564 Alton Place NW, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line __4.77__
☐ Schedule G _____
Joe Khalil

---

**3.98** 3564 Alton Place NW, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line __4.135__
☐ Schedule G _____
Pil Yu

---

**3.99** 3564 Alton Place NW, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line __4.23__
☐ Schedule G _____
Brian Tham

---

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
| | Keri Shull Lesniak | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10 0 | 3564 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.167__<br>☐ Schedule G _____<br>Vishal Bhakta |
| 3.10 1 | 3564 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.94__<br>☐ Schedule G _____<br>Luke Holscher |
| 3.10 2 | 3564 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G _____<br>Jad Bouchebel |
| 3.10 3 | 3564 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.160__<br>☐ Schedule G _____<br>Timothy Abbott |
| 3.10 4 | 3564 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.111__<br>☐ Schedule G _____<br>Matt Lesniak |
| 3.10 5 | 3564 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.90__<br>☐ Schedule G _____<br>Lauren Longshore |
| 3.10 6 | 3564 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.70__<br>☐ Schedule G _____<br>James Lesniak |
| 3.10 7 | 3564 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.142__<br>☐ Schedule G _____<br>Richard Kyle Gurley and Sima |

| Debtor 1 | Daniel James Lesniak<br>Keri Shull Lesniak | Case number *(if known)*    24-12348-KHK |
|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10<br>8 | 3564 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.30___<br>☐ Schedule G _____<br>Carter Lumber |
| 3.10<br>9 | 3566 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>Mark Gordon |
| 3.11<br>0 | 3566 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>Joe Khalil |
| 3.11<br>1 | 3566 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.135___<br>☐ Schedule G _____<br>Pil Yu |
| 3.11<br>2 | 3566 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>Brian Tham |
| 3.11<br>3 | 3566 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.167___<br>☐ Schedule G _____<br>Vishal Bhakta |
| 3.11<br>4 | 3566 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.94___<br>☐ Schedule G _____<br>Luke Holscher |
| 3.11<br>5 | 3566 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>Jad Bouchebel |

| Debtor 1 | Daniel James Lesniak Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.116 | 3566 Alton Place NW, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.160___ ☐ Schedule G _____ Timothy Abbott |
| 3.117 | 3566 Alton Place NW, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.111___ ☐ Schedule G _____ Matt Lesniak |
| 3.118 | 3566 Alton Place NW, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.90___ ☐ Schedule G _____ Lauren Longshore |
| 3.119 | 3566 Alton Place NW, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.70___ ☐ Schedule G _____ James Lesniak |
| 3.120 | 3934 10th Street NE, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.1___ ☐ Schedule G _____ 3934 10th Street NE Condo Assn |
| 3.121 | 3934 10th Street NE, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.43___ ☐ Schedule G _____ Dennis Manning |
| 3.122 | 3934 10th Street NE, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.109___ ☐ Schedule G _____ Martin F. Mueller |
| 3.123 | 3934 10th Street NE, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line ___4.130___ ☐ Schedule G _____ Nikki Taylor |

| Debtor 1 | Daniel James Lesniak<br>Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.124 | 3934 10th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.67__<br>☐ Schedule G _____<br>Jacob Fisk |
| 3.125 | 3934 10th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>Allison M. Kingery |
| 3.126 | 3934 10th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.171__<br>☐ Schedule G _____<br>William W. Wang |
| 3.127 | 3934 10th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.106__<br>☐ Schedule G _____<br>Mark Gordon |
| 3.128 | 3934 10th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.75__<br>☐ Schedule G _____<br>Jerry Shevitz |
| 3.129 | 3934 10th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.146__<br>☐ Schedule G _____<br>Robin West |
| 3.130 | 3934 10th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.124__<br>☐ Schedule G _____<br>Nathan Benson |
| 3.131 | 3934 10th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G _____<br>Jad Bouchebel |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|
| | Keri Shull Lesniak | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.13<br>2 | 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.95___<br>☐ Schedule G _____<br>MainStreet Bank |
| 3.13<br>3 | 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.113___<br>☐ Schedule G _____<br>Matthew Lanzer |
| 3.13<br>4 | 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>Jad Bouchebel |
| 3.13<br>5 | 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.103___<br>☐ Schedule G _____<br>Manish Surati |
| 3.13<br>6 | 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.162___<br>☐ Schedule G _____<br>Trent Parks |
| 3.13<br>7 | 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>Daniel Wayne Chapman, Jr. |
| 3.13<br>8 | 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>Mark Gordon |
| 3.13<br>9 | 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.84___<br>☐ Schedule G _____<br>Kevin Kreft |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|
| | Keri Shull Lesniak | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.140 | 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>Alla Solovyeva |
| 3.141 | 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.167___<br>☐ Schedule G _____<br>Vishal Bhakta |
| 3.142 | 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.146___<br>☐ Schedule G _____<br>Robin West |
| 3.143 | 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.117___<br>☐ Schedule G _____<br>Michael Eddy |
| 3.144 | 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>Jerry Shevitz |
| 3.145 | 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____<br>Nathan Benson |
| 3.146 | 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.126___<br>☐ Schedule G _____<br>NC Landscaping, Inc. |
| 3.147 | 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.92___<br>☐ Schedule G _____<br>Logia Consulting, LLC |

| Debtor 1 | Daniel James Lesniak<br>Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.14 8 | 4600 Seagrape Drive, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>Brian Tham |
| 3.14 9 | 4811 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.106__<br>☐ Schedule G _____<br>Mark Gordon |
| 3.15 0 | 4811 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.138__<br>☐ Schedule G _____<br>Rajinder Varandani |
| 3.15 1 | 4811 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.163__<br>☐ Schedule G _____<br>Tsehay and Yonus Robi |
| 3.15 2 | 4811 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.66__<br>☐ Schedule G _____<br>Iftikhar Khan |
| 3.15 3 | 4811 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.146__<br>☐ Schedule G _____<br>Robin West |
| 3.15 4 | 4811 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.75__<br>☐ Schedule G _____<br>Jerry Shevitz |
| 3.15 5 | 4811 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.20__<br>☐ Schedule G _____<br>Bradley Hager |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|
| | Keri Shull Lesniak | | |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.15 6 | 4811 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.124__<br>☐ Schedule G _____<br>Nathan Benson |
| 3.15 7 | 4811 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>Brian Tham |
| 3.15 8 | 4811 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.126__<br>☐ Schedule G _____<br>NC Landscaping, Inc. |
| 3.15 9 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G _____<br>Jad Bouchebel |
| 3.16 0 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.89__<br>☐ Schedule G _____<br>Lara Elias |
| 3.16 1 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>Brian Mangus |
| 3.16 2 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.83__<br>☐ Schedule G _____<br>Kellie Holscher |
| 3.16 3 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.82__<br>☐ Schedule G _____<br>Justin Jarboe |

| Debtor 1 | Daniel James Lesniak<br>Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.16<br>4 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.161___<br>☐ Schedule G _____<br>Tom Ziebro |
| 3.16<br>5 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>Brad Yakots |
| 3.16<br>6 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.115___<br>☐ Schedule G _____<br>Max Sandler |
| 3.16<br>7 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.60___<br>☐ Schedule G _____<br>Gretchen Coley |
| 3.16<br>8 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.137___<br>☐ Schedule G _____<br>Rafael Melo |
| 3.16<br>9 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.62___<br>☐ Schedule G _____<br>Hassan Syed |
| 3.17<br>0 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.141___<br>☐ Schedule G _____<br>Rhonda Goodman |
| 3.17<br>1 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>Alex Novak |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
| | Keri Shull Lesniak | | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.17<br>2 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.131___<br>☐ Schedule G _____<br>Patrizia Giassa |
| 3.17<br>3 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>Mark Gordon |
| 3.17<br>4 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.46___<br>☐ Schedule G _____<br>Donald Rucker |
| 3.17<br>5 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____<br>Nathan Benson |
| 3.17<br>6 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>Glen Benson |
| 3.17<br>7 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>Jason Hill |
| 3.17<br>8 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>Bruce Kasold |
| 3.17<br>9 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.159___<br>☐ Schedule G _____<br>Tim and Julie Harris |

| Debtor 1 | Daniel James Lesniak |
|---|---|
| | Keri Shull Lesniak |

Case number *(if known)*  24-12348-KHK

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.180 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.88__<br>☐ Schedule G _____<br>Kyle Kreft |
| 3.181 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>Elizabeth Kreft Brienza |
| 3.182 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.84__<br>☐ Schedule G _____<br>Kevin Kreft |
| 3.183 | 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.70__<br>☐ Schedule G _____<br>James Lesniak |
| 3.184 | 501 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.89__<br>☐ Schedule G _____<br>Lara Elias |
| 3.185 | 501 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.94__<br>☐ Schedule G _____<br>Luke Holscher |
| 3.186 | 501 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>Brian Tham |
| 3.187 | 501 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.82__<br>☐ Schedule G _____<br>Justin Jarboe |

| Debtor 1 | Daniel James Lesniak<br>Keri Shull Lesniak | Case number *(if known)*  24-12348-KHK |
|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.18<br>8 | 501 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.161___<br>☐ Schedule G _____<br>Tom Ziebro |
| 3.18<br>9 | 501 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.104___<br>☐ Schedule G _____<br>Marcy Rol |
| 3.19<br>0 | 501 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____<br>Nathan Benson |
| 3.19<br>1 | 501 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.115___<br>☐ Schedule G _____<br>Max Sandler |
| 3.19<br>2 | 501 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.60___<br>☐ Schedule G _____<br>Gretchen Coley |
| 3.19<br>3 | 501 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.145___<br>☐ Schedule G _____<br>Robert Rubin |
| 3.19<br>4 | 501 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.131___<br>☐ Schedule G _____<br>Patrizia Giassa |
| 3.19<br>5 | 501 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.39___<br>☐ Schedule G _____<br>David and Rhonda Parda |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|
| | Keri Shull Lesniak | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.19 6 | 501 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>Jay Godla |
| 3.19 7 | 501 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>Glen Benson |
| 3.19 8 | 501 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>Alexandra Kirichenko |
| 3.19 9 | 501 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.159___<br>☐ Schedule G _____<br>Tim and Julie Harris |
| 3.20 0 | 503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.89___<br>☐ Schedule G _____<br>Lara Elias |
| 3.20 1 | 503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.94___<br>☐ Schedule G _____<br>Luke Holscher |
| 3.20 2 | 503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>Brian Tham |
| 3.20 3 | 503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.82___<br>☐ Schedule G _____<br>Justin Jarboe |

| | | |
|---|---|---|
| Debtor 1 | Daniel James Lesniak | |
| | Keri Shull Lesniak | Case number *(if known)*  24-12348-KHK |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.20 4 | 503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.161___<br>☐ Schedule G _____<br>Tom Ziebro |
| 3.20 5 | 503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.104___<br>☐ Schedule G _____<br>Marcy Rol |
| 3.20 6 | 503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____<br>Nathan Benson |
| 3.20 7 | 503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.115___<br>☐ Schedule G _____<br>Max Sandler |
| 3.20 8 | 503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.60___<br>☐ Schedule G _____<br>Gretchen Coley |
| 3.20 9 | 503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.145___<br>☐ Schedule G _____<br>Robert Rubin |
| 3.21 0 | 503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.131___<br>☐ Schedule G _____<br>Patrizia Giassa |
| 3.21 1 | 503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.39___<br>☐ Schedule G _____<br>David and Rhonda Parda |

| Debtor 1 | Daniel James Lesniak<br>Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|

### Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.21<br>2 | 503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>Jay Godla |
| 3.21<br>3 | 503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>Glen Benson |
| 3.21<br>4 | 503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>Alexandra Kirichenko |
| 3.21<br>5 | 503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.159___<br>☐ Schedule G _____<br>Tim and Julie Harris |
| 3.21<br>6 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.156___<br>☐ Schedule G _____<br>Susan G. Reyes Vasquez |
| 3.21<br>7 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>Brandon Lim |
| 3.21<br>8 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.50___<br>☐ Schedule G _____<br>Elsie Palmieri |
| 3.21<br>9 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.116___<br>☐ Schedule G _____<br>Megan C. Gormley |

| Debtor 1 | Daniel James Lesniak | | Case number *(if known)* | 24-12348-KHK |
| | Keri Shull Lesniak | | | |

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.22<br>0 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>Calvin T. Roberts |
| 3.22<br>1 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.139___<br>☐ Schedule G _____<br>Rasheedia Aigoro |
| 3.22<br>2 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>Elena Pouchelon |
| 3.22<br>3 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.49___<br>☐ Schedule G _____<br>Elizabeth Kreft Brienza |
| 3.22<br>4 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.74___<br>☐ Schedule G _____<br>Jerry Ricciardi |
| 3.22<br>5 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.90___<br>☐ Schedule G _____<br>Lauren Longshore |
| 3.22<br>6 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>Bruce Kasold |
| 3.22<br>7 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.144___<br>☐ Schedule G _____<br>Robert Gillies |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|
| | Keri Shull Lesniak | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.22<br>8 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.138__<br>☐ Schedule G _____<br>Rajinder Varandani |
| 3.22<br>9 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.75__<br>☐ Schedule G _____<br>Jerry Shevitz |
| 3.23<br>0 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.106__<br>☐ Schedule G _____<br>Mark Gordon |
| 3.23<br>1 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.124__<br>☐ Schedule G _____<br>Nathan Benson |
| 3.23<br>2 | 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G _____<br>Jad Bouchebel |
| 3.23<br>3 | 635 14th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.167__<br>☐ Schedule G _____<br>Vishal Bhakta |
| 3.23<br>4 | 635 14th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.112__<br>☐ Schedule G _____<br>Matthew Lanzer |
| 3.23<br>5 | 635 14th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>Glen Benson |

| Debtor 1 | Daniel James Lesniak |
|---|---|
| | Keri Shull Lesniak |

Case number *(if known)*   24-12348-KHK

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.23 6 | 635 14th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G _____<br>Jad Bouchebel |
| 3.23 7 | 635 14th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.91__<br>☐ Schedule G _____<br>Lily Westlund |
| 3.23 8 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.134__<br>☐ Schedule G _____<br>Phillip Zhen and You Chan |
| 3.23 9 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>Andres Franzetti |
| 3.24 0 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.78__<br>☐ Schedule G _____<br>Joel Salamone |
| 3.24 1 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.127__<br>☐ Schedule G _____<br>Nicole Stanbra |
| 3.24 2 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>Elizabeth Kreft Brienza |
| 3.24 3 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.93__<br>☐ Schedule G _____<br>Luisa Siles |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|
| | Keri Shull Lesniak | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.24 4 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.37___<br>☐ Schedule G _____<br>Dario and Sami Perez |
| 3.24 5 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.146___<br>☐ Schedule G _____<br>Robin West |
| 3.24 6 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.90___<br>☐ Schedule G _____<br>Lauren Longshore |
| 3.24 7 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>Mark Gordon |
| 3.24 8 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____<br>Nathan Benson |
| 3.24 9 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>Jerry Shevitz |
| 3.25 0 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.148___<br>☐ Schedule G _____<br>Ruth and Praveen Krishnan |
| 3.25 1 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>Darren Bounds |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|
| | Keri Shull Lesniak | | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.25 2 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.167__<br>☐ Schedule G _____<br>Vishal Bhakta |
| 3.25 3 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.79__<br>☐ Schedule G _____<br>Joey Love |
| 3.25 4 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.71__<br>☐ Schedule G _____<br>Jason Hill |
| 3.25 5 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.73__<br>☐ Schedule G _____<br>Jeanne Scott |
| 3.25 6 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.80__<br>☐ Schedule G _____<br>JP Pyo |
| 3.25 7 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>A. Michael Stevens |
| 3.25 8 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.160__<br>☐ Schedule G _____<br>Timothy Abbott |
| 3.25 9 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.57__<br>☐ Schedule G _____<br>Fred Hubler |

| | |
|---|---|
| Debtor 1 | Daniel James Lesniak |
| | Keri Shull Lesniak |

Case number *(if known)*    24-12348-KHK

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.26 0 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.112___<br>☐ Schedule G _____<br>Matthew Lanzer |
| 3.26 1 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>Brian Tham |
| 3.26 2 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.133___<br>☐ Schedule G _____<br>Peter Yu |
| 3.26 3 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.122___<br>☐ Schedule G _____<br>Nagesh Chigurupati |
| 3.26 4 | 751 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.61___<br>☐ Schedule G _____<br>Guild Mortgage Company |
| 3.26 5 | 753 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.86___<br>☐ Schedule G _____<br>Koko and Corey Edwards |
| 3.26 6 | 753 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.150___<br>☐ Schedule G _____<br>Samuel Vincy |
| 3.26 7 | 753 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.140___<br>☐ Schedule G _____<br>Reed E. Waxham |

| Debtor 1 | Daniel James Lesniak<br>Keri Shull Lesniak | | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.26 8 | 753 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.126___<br>☐ Schedule G _____<br>NC Landscaping, Inc. |
| 3.26 9 | 753 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.30___<br>☐ Schedule G _____<br>Carter Lumber |
| 3.27 0 | 755 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.126___<br>☐ Schedule G _____<br>NC Landscaping, Inc. |
| 3.27 1 | 755 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>James Kirtly |
| 3.27 2 | 755 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.30___<br>☐ Schedule G _____<br>Carter Lumber |
| 3.27 3 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.78___<br>☐ Schedule G _____<br>Joel Salamone |
| 3.27 4 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.127___<br>☐ Schedule G _____<br>Nicole Stanbra |
| 3.27 5 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.49___<br>☐ Schedule G _____<br>Elizabeth Kreft Brienza |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|
| | Keri Shull Lesniak | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.27<br>6 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.93__<br>☐ Schedule G _____<br>Luisa Siles |
| 3.27<br>7 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.37__<br>☐ Schedule G _____<br>Dario and Sami Perez |
| 3.27<br>8 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.146__<br>☐ Schedule G _____<br>Robin West |
| 3.27<br>9 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.90__<br>☐ Schedule G _____<br>Lauren Longshore |
| 3.28<br>0 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.106__<br>☐ Schedule G _____<br>Mark Gordon |
| 3.28<br>1 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.124__<br>☐ Schedule G _____<br>Nathan Benson |
| 3.28<br>2 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.75__<br>☐ Schedule G _____<br>Jerry Shevitz |
| 3.28<br>3 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.148__<br>☐ Schedule G _____<br>Ruth and Praveen Krishnan |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|
| | Keri Shull Lesniak | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.28 4 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>Darren Bounds |
| 3.28 5 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.167___<br>☐ Schedule G _____<br>Vishal Bhakta |
| 3.28 6 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.79___<br>☐ Schedule G _____<br>Joey Love |
| 3.28 7 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>Jason Hill |
| 3.28 8 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.73___<br>☐ Schedule G _____<br>Jeanne Scott |
| 3.28 9 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.80___<br>☐ Schedule G _____<br>JP Pyo |
| 3.29 0 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>A. Michael Stevens |
| 3.29 1 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.160___<br>☐ Schedule G _____<br>Timothy Abbott |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
| --- | --- | --- | --- |
|  | Keri Shull Lesniak |  |  |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- |
| 3.29<br>2 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.57___<br>☐ Schedule G _____<br>Fred Hubler |
| 3.29<br>3 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.112___<br>☐ Schedule G _____<br>Matthew Lanzer |
| 3.29<br>4 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>Brian Tham |
| 3.29<br>5 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.133___<br>☐ Schedule G _____<br>Peter Yu |
| 3.29<br>6 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.122___<br>☐ Schedule G _____<br>Nagesh Chigurupati |
| 3.29<br>7 | 757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.126___<br>☐ Schedule G _____<br>NC Landscaping, Inc. |
| 3.29<br>8 | Alton Place, LLC<br>1100 Vermont Ave., NW<br>Suite 500<br>Washington, DC 20005 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Anthony and Audrey Barresi |
| 3.29<br>9 | Audrey Elizabeth Whitehurst<br>753 Columbia Road NW<br>Unit 3<br>Washington, DC 20001 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.126___<br>☐ Schedule G _____<br>NC Landscaping, Inc. |

| Debtor 1 | Daniel James Lesniak | | Case number *(if known)* | 24-12348-KHK |
| --- | --- | --- | --- | --- |
| | Keri Shull Lesniak | | | |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- | --- |
| 3.30<br>0 | DKA Holding Group, Inc.<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.169__<br>☐ Schedule G _____<br>Wells Fargo |
| 3.30<br>1 | DKA Holding Group, Inc.<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>EagleBank |
| 3.30<br>2 | Elite Custom Homes 100 LLC<br>1100 Vermont Ave., NW<br>Suite 500<br>Washington, DC 20005 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>Anthony and Audrey Barresi |
| 3.30<br>3 | Elite Custom Homes 100 LLC<br>1100 Vermont Ave., NW<br>Suite 500<br>Washington, DC 20005 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>Dennis Manning |
| 3.30<br>4 | Elite Custom Homes 100 LLC<br>1100 Vermont Ave., NW<br>Suite 500<br>Washington, DC 20005 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>ABC Supply Co., Inc. |
| 3.30<br>5 | HyperFast Construction Company<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>Dennis Manning |
| 3.30<br>6 | HyperFast Development, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.53__<br>☐ Schedule G _____<br>Erie Insurance Group |

| Debtor 1 | Daniel James Lesniak<br>Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

**3.30<br>7**  HyperFast Development, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.52___
☐ Schedule G _____
Erie Insurance Group

---

**3.30<br>8**  HyperFast Development, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.54___
☐ Schedule G _____
Falcon Engineering Co., LLC

---

**3.30<br>9**  HyperFast Development, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.1___
☐ Schedule G _____
3934 10th Street NE Condo Assn

---

**3.31<br>0**  HyperFast Development, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.14___
☐ Schedule G _____
Anthony and Audrey Barresi

---

**3.31<br>1**  HyperFast Development, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.166___
☐ Schedule G _____
Viktoria Construction, LLC

---

**3.31<br>2**  HyperFast Development, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.43___
☐ Schedule G _____
Dennis Manning

---

**3.31<br>3**  HyperFast Development, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.147___
☐ Schedule G _____
Roto-Rooter Services Company

---

**3.31<br>4**  HyperFast Development, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.55___
☐ Schedule G _____
Family Fire Service

---

| Debtor 1 | Daniel James Lesniak<br>Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|

**▐ Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.31 5 | HyperFast Development, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>American Express |
| 3.31 6 | HyperFast Development, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.126__<br>☐ Schedule G _____<br>NC Landscaping, Inc. |
| 3.31 7 | HyperFast Development, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>Capital One |
| 3.31 8 | HyperFast Development, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>Carter Lumber |
| 3.31 9 | HyperFast Development, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.164__<br>☐ Schedule G _____<br>TW Perry - Gaithersburg |
| 3.32 0 | HyperFast Development, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>Build with Ferguson |
| 3.32 1 | HyperFast Development, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.165__<br>☐ Schedule G _____<br>United Site Services |
| 3.32 2 | HyperFast Development, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.125__<br>☐ Schedule G _____<br>National Construction Rentals |

| Debtor 1 | Daniel James Lesniak<br>Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.32
3
HyperFast Development, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.153___
☐ Schedule G _____
Sherwin-Williams Co.

3.32
4
HyperFast Development, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.65___
☐ Schedule G _____
Home Depot

3.32
5
HyperFast Development, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.26___
☐ Schedule G _____
Building Supply of Manassas

3.32
6
HyperFast Fund, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.41___
☐ Schedule G _____
Debra Westlund Bledsoe

3.32
7
HyperFast Fund, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.158___
☐ Schedule G _____
Tim and Janice McHale

3.32
8
HyperFast Fund, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.132___
☐ Schedule G _____
Peter Smith

3.32
9
HyperFast Fund, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.108___
☐ Schedule G _____
Martin Chadzynski

3.33
0
HyperFast Fund, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.41___
☐ Schedule G _____
Debra Westlund Bledsoe

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|
| | Keri Shull Lesniak | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.33 1 | HyperFast Fund, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.45__ ☐ Schedule G _____ Derrick Carpenter |
| 3.33 2 | HyperFast Fund, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.167__ ☐ Schedule G _____ Vishal Bhakta |
| 3.33 3 | HyperFast Fund, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.34__ ☐ Schedule G _____ Dan Rochon |
| 3.33 4 | HyperFast Fund, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.16__ ☐ Schedule G _____ Anthony VanBuren |
| 3.33 5 | HyperFast Fund, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.35__ ☐ Schedule G _____ Daniel Chahel |
| 3.33 6 | HyperFast Fund, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.119__ ☐ Schedule G _____ Michael Gillies |
| 3.33 7 | HyperFast Fund, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.129__ ☐ Schedule G _____ Nikki Lagouros |
| 3.33 8 | HyperFast Fund, LLC 1600 Wilson Blvd., Suite 101 Arlington, VA 22209 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.154__ ☐ Schedule G _____ Soma Gopala Rao Paravata |

| Debtor 1 | Daniel James Lesniak<br>Keri Shull Lesniak | | Case number *(if known)* | 24-12348-KHK |

▇ **Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.33<br>9 | HyperFast Fund, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.29___<br>☐ Schedule G _____<br>Carina and Manesh Nachnani |
| 3.34<br>0 | HyperFast Fund, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>Alex Novak |
| 3.34<br>1 | HyperFast Fund, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.105___<br>☐ Schedule G _____<br>Margaret Smith |
| 3.34<br>2 | HyperFast Fund, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.155___<br>☐ Schedule G _____<br>Steve and Debbie Appel |
| 3.34<br>3 | HyperFast Fund, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.87___<br>☐ Schedule G _____<br>Kurt Buchert |
| 3.34<br>4 | HyperFast Fund, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>Brian Tham |
| 3.34<br>5 | Institute for Building<br>Technology and Safety<br>7059 Blair Rd., NW, Suite 202<br>Washington, DC 20012 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Anthony and Audrey Barresi |
| 3.34<br>6 | James Kirtly<br>755 Columbia Rd., NW, Unit 1<br>Washington, DC 20001 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.126___<br>☐ Schedule G _____<br>NC Landscaping, Inc. |

| Debtor 1 | Daniel James Lesniak | Case number *(if known)* | 24-12348-KHK |
|---|---|---|---|
| | Keri Shull Lesniak | | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

**3.34 7**  LVH Partners, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.8___
☐ Schedule G _____
American Express

---

**3.34 8**  NC Landscaping, Inc.
7914 Ashland Ave.
Manassas, VA 20109

☐ Schedule D, line _____
■ Schedule E/F, line ___4.43___
☐ Schedule G _____
Dennis Manning

---

**3.34 9**  Optime Realty, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.168___
☐ Schedule G _____
Washington Real Estate

---

**3.35 0**  Optime Realty, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.47___
☐ Schedule G _____
EagleBank

---

**3.35 1**  Optime Realty, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.157___
☐ Schedule G _____
TD Auto Finance

---

**3.35 2**  Orange Line Living, LLC
1600 Wilson Blvd., Suite 101
Arlington, VA 22209

☐ Schedule D, line _____
■ Schedule E/F, line ___4.10___
☐ Schedule G _____
American Express

---

**3.35 3**  Rajesh and Sahhna, LLC
Attn:  Rajesh K. Saxena
16527 Harbour Town Dr.
Ashton, MD 20861

☐ Schedule D, line _____
■ Schedule E/F, line ___4.95___
☐ Schedule G _____
MainStreet Bank

---

**3.35 4**  Reed Elman Waxham
753 Columbia Rd., NW
Unit 3
Washington, DC 20001

☐ Schedule D, line _____
■ Schedule E/F, line ___4.126___
☐ Schedule G _____
NC Landscaping, Inc.

---

| Debtor 1 | Daniel James Lesniak<br>Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- | --- |
| 3.35<br>5 | Saxena Custom Homes 100, LLC<br>20023 Belmont Station Dr.<br>Ashburn, VA 20147 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Anthony and Audrey Barresi |
| 3.35<br>6 | Saxena Custom Homes 100, LLC<br>20023 Belmont Station Dr.<br>Ashburn, VA 20147 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>Dennis Manning |
| 3.35<br>7 | Sunil Saxena<br>5806 Little Falls Rd.<br>Arlington, VA 22207 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Anthony and Audrey Barresi |
| 3.35<br>8 | Sunil Saxena<br>5806 Little Falls Rd.<br>Arlington, VA 22207 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>Dennis Manning |
| 3.35<br>9 | Sunil Saxena<br>5806 Little Falls Rd.<br>Arlington, VA 22207 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.95___<br>☐ Schedule G _____<br>MainStreet Bank |
| 3.36<br>0 | Sunil Saxena<br>1800 Old Meadow Rd.<br>Apt. 1414<br>McLean, VA 22102 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.126___<br>☐ Schedule G _____<br>NC Landscaping, Inc. |
| 3.36<br>1 | The Keri Shull Team<br>3060 Williams Dr., Suite 300<br>Fairfax, VA 22031-4648 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>American Express |
| 3.36<br>2 | The Saxena Company, LLC<br>5806 Little Falls Rd.<br>Arlington, VA 22207 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.14___<br>☐ Schedule G _____<br>Anthony and Audrey Barresi |

| | | |
|---|---|---|
| Debtor 1 | Daniel James Lesniak | |
| | Keri Shull Lesniak | Case number *(if known)*   24-12348-KHK |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.36 3 | Williamsburg Blvd., LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.111___<br>☐ Schedule G _____<br>Matt Lesniak |
| 3.36 4 | Williamsburg Blvd., LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.112___<br>☐ Schedule G _____<br>Matthew Lanzer |
| 3.36 5 | Williamsburg Blvd., LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.141___<br>☐ Schedule G _____<br>Rhonda Goodman |
| 3.36 6 | Williamsburg Blvd., LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>Mark Gordon |
| 3.36 7 | Williamsburg Blvd., LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.167___<br>☐ Schedule G _____<br>Vishal Bhakta |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Daniel James Lesniak |
| Debtor 2 (Spouse, if filing) | Keri Shull Lesniak |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | 24-12348-KHK |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status* | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | Self-employed real estate broker | Self-employed real estate broker |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

*See Attachment for Additional Employment Information

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $      3,657.34 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $          0.00 | $      3,657.34 |

| Debtor 1 | Daniel James Lesniak |
|---|---|
| Debtor 2 | Keri Shull Lesniak |

Case number (*if known*) 24-12348-KHK

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 3,657.34 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 520.92 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 73.14 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions. Specify:** | 5h.+ | $ 0.00 + | $ 0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 594.06 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 3,063.28 |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | 8a. | $ 13,543.08 | $ 15,000.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income. Specify:** Book royalties | 8h.+ | $ 175.00 + | $ 175.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 13,718.08 | $ 15,175.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. **Calculate monthly income.** Add line 7 + line 9. | 10. | $ 13,718.08 | + | $ 18,238.28 | = | $ 31,956.36 |

Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:

| | |
|---|---|
| 11. +$ | 0.00 |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

| | |
|---|---|
| 12. $ | 31,956.36 |

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain:

| Debtor 1 | Daniel James Lesniak | | | |
|---|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | | Case number (*if known*) | 24-12348-KHK |

# Official Form B 6I
# Attachment for Additional Employment Information

| **Spouse** | | |
|---|---|---|
| Occupation | | |
| Name of Employer | Guild Mortgage | |
| How long employed | | |
| Address of Employer | 5887 Copley Dr. San Diego, CA 92111 | |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Daniel James Lesniak |
| Debtor 2 (Spouse, if filing) | Keri Shull Lesniak |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (If known) | 24-12348-KHK |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

        ■ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents names.

    ■ Yes.  Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 3 | ☐ No  ■ Yes |
| Son | 5 | ☐ No  ■ Yes |
| Daughter | 7 | ☐ No  ■ Yes |
| Son | 9 | ☐ No  ■ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

    ■ No

    ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

    4.  $                    5,500.00

    If not included in line 4:

    4a.    Real estate taxes                                                4a.  $                           0.00
    4b.    Property, homeowner's, or renter's insurance                     4b.  $                           0.00
    4c.    Home maintenance, repair, and upkeep expenses                    4c.  $                           0.00
    4d.    Homeowner's association or condominium dues                      4d.  $                           0.00

5.  **Additional mortgage payments for your residence,** such as home equity loans    5.  $                           0.00

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | 250.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 75.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 3,000.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 2,000.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 100.00 |
| 10. | **Personal care products and services** | | 10. $ | 1,000.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 1,000.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 800.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 528.02 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 1,275.44 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 8,901.67 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: Husband's rent | 21. +$ | | 3,400.00 |

| 22. | **Calculate your monthly expenses** | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | $ | 27,830.13 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 27,830.13 |

| 23. | **Calculate your monthly net income.** | | |
|---|---|---|---|
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 31,956.36 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 27,830.13 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 4,126.23 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Daniel James Lesniak |
| | First Name        Middle Name        Last Name |
| Debtor 2 | Keri Shull Lesniak |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number | 24-12348-KHK |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____      Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X /s/ Daniel James Lesniak | X /s/ Keri Shull Lesniak |
|---|---|
| Daniel James Lesniak | Keri Shull Lesniak |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date  January  8, 2025 | Date  January  8, 2025 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Daniel James Lesniak |
| | First Name        Middle Name        Last Name |
| Debtor 2 | Keri Shull Lesniak |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | 24-12348-KHK |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

**04/22**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1.   What is your current marital status?**

■ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 5213 11th St. N<br>Arlington, VA 22201 | From-To:<br>February 2023-August 2024 | ■ Same as Debtor 1 | ■ Same as Debtor 1<br>From-To: |
| 61 and 63 Little Harbor Way<br>Deerfield Beach, FL 33441 | From-To:<br>March 2020-February 2023 | ■ Same as Debtor 1 | ■ Same as Debtor 1<br>From-To: |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | Debtor 2 |
|---|---|---|

| Debtor 1 | Daniel James Lesniak |
|---|---|
| Debtor 2 | Keri Shull Lesniak |

Case number (*if known*) 24-12348-KHK

| | **Debtor 1** Sources of income Check all that apply. | **Gross income** (before deductions and exclusions) | **Debtor 2** Sources of income Check all that apply. | **Gross income** (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips ■ Operating a business | $148,973.50 | ■ Wages, commissions, bonuses, tips ■ Operating a business | $219,602.82 |
| **For last calendar year: (January 1 to December 31, 2023 )** | ☐ Wages, commissions, bonuses, tips ■ Operating a business | $314,075.99 | ☐ Wages, commissions, bonuses, tips ■ Operating a business | $50,576.00 |
| **For the calendar year before that: (January 1 to December 31, 2022 )** | ■ Wages, commissions, bonuses, tips ■ Operating a business | $263,216.00 | ■ Wages, commissions, bonuses, tips ■ Operating a business | $145,942.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | **Debtor 1** Sources of income Describe below. | **Gross income from each source** (before deductions and exclusions) | **Debtor 2** Sources of income Describe below. | **Gross income** (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | Book royalties | $3,600.00 | Book royalties | $3,600.00 |
| **For last calendar year: (January 1 to December 31, 2023 )** | Book royalties | $4,800.00 | Book royalties | $4,800.00 |
| **For the calendar year before that: (January 1 to December 31, 2022 )** | Interest/dividends | $111.50 | Interest/dividends | $111.50 |
| | Capital gains | $7,338.50 | Capital gains | $7,338.50 |
| | Rent (11th Way, Florida property) | $126,759.00 | | |
| | Rent (11th St., Virginia property) | $206,277.00 | | |
| | Rent (21st Ave., Florida property) | $75,022.00 | | |
| | Rent (Seagrape Dr., Florida property) | $45,908.00 | | |
| | Book royalties | $4,758.00 | Book royalties | $4,542.00 |

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.    Go to line 7.

■ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| PNC Bank<br>P.O. Box 771021<br>Chicago, IL 60677-1021 | Regular mortgage payments of $3,405.24 over the past 90 days (increasing the overdrawn status of Debtors' PNC bank account) | $10,215.72 | $495,890.82 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Anthony and Audrey Barresi, et al. v. Daniel and Keri Lesniak, et al.<br>2023-CAB-6161 | Civil action | District of Columbia Superior Court<br>500 Indiana Ave., NW<br>Washington, DC 20001 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| NC Landscaping, Inc. v. Keri Lesniak, et al.<br>2024-CAB-6492 | Civil action | District of Columbia Superior Court<br>500 Indiana Ave., NW<br>Washington, DC 20001 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
   ■ No
   ☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

| Debtor 1 | Daniel James Lesniak | |
|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number *(if known)*  24-12348-KHK |

---

**Part 6:**  **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:**  **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Tyler, Bartl & Ramsdell, PLC<br>300 N. Washington St.,#310<br>Alexandria, VA 22314 | $20,000, plus $363 in applicable court costs and wire transfer fees | 9/16/24 ($20,025);<br>8/13/24 ($338) | $20,363.00 |
| Tyler, Bartl & Ramsdell, P.L.C.<br>300 N. Washington St., Suite 310<br>Alexandria, VA 22314 | $490/hr. for consulting services | 12/18/24 ($441); 12/3/24 ($1,764);<br>11/4/24 ($98);<br>10/1/24 ($1,348);<br>9/5/24 ($1,015.25) | $4,666.25 |
| Evergreen Financial Counseling | $19.99 | 11/24/24 | $19.99 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

---

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak

Case number (*if known*)    24-12348-KHK

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Louis and Virginia Murray<br>63 NE 11 Way<br>aka 63 Little Harbor Way<br>Deerfield Beach, FL 33441<br><br>None | Debtors sold real estate (owned by their revocable trusts) to these parties for the price of $2.3 million | Net proceeds of $500,965.50 | 2/3/23 |
| Christopher Parker<br>Christy M. Milliken<br>2513 11th Street North<br>Arlington, VA 22201<br><br>None | Debtors sold real estate (owned by their revocable trust) to these parties for the price of $3.2 million | Net proceeds of $197,080.08 | 8/29/24 |
| David Michael Soria<br>61 Lttle Harbor Way<br>Deerfield Beach, FL 33441<br><br>None | Debtors sold real estate (owned by their revocable trusts) to this party for the price of $5.7 million | Net proceeds of $2,143,962.15 | 4/26/23 |
| Patrick and Mariana Ryan<br>4600 Seagrape Dr.<br>Fort Lauderdale, FL 33308<br><br>None | Debtors sold real estate (owned by 4600 Seagrape Drive LLC) to these parties for the price of $1.65 million | Net proceeds of $450,734.03 | 3/9/23 |
| Michael Colarossi<br>1810-1814 SE 7th Street<br>Pompano Beach, FL 33060<br><br>None | Debtors sold real estate (owned by 1810 SE 7th Street LLC) to this party for the price of $1.25 million | Net proceeds of $310,159.19 | 12/28/23 |
| KBL Partners LLC<br>Attn: Brian Athey, Managing Member | Debtors transferred their limited partnership interest in Camber Creek Fund III, LP to this party | $225,000 | 1/1/23 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
   - ■ No
   - ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
   - ■ No
   - ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (*if known*) | 24-12348-KHK |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:** Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
■ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Debtors' children 3222 Wynford Dr. Fairfax, VA 22031-2828 | Debtors' residence | Debtors have mutual possession of, and control over, miscellaneous personal belongings of their children, with whom they reside | Unknown |

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number (if known) | 24-12348-KHK |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:  Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| Optime Realty, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Residential real estate | EIN:<br><br>From-To | 47-2113202<br><br>10/10/14-August 2024 |
| HyperFast Construction Company<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Residential development | EIN:<br><br>From-To | <br><br>September 2021-September 2024 |
| KS Team LLC<br>fka The Keri Shull Term<br>3060 Williams Dr., Suite 300<br>Fairfax, VA 22031-4648 | Real estate agency | EIN:<br><br>From-To | <br><br>January 2013-present |
| Daniel Lesniak LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | | EIN:<br><br>From-To | |
| Hyperfast Wealth LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | | EIN:<br><br>From-To | |
| DKA Development 1 LLC<br>3060 Williams Dr., Suite 300<br>Fairfax, VA 22031 | Real estate development | EIN:<br><br>From-To | 46-4344415<br><br>2016-present |
| DKA Management LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | EIN:<br><br>From-To | 81-0974642<br><br>October 2017-present |
| Hyperfast Coaching LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Business coaching | EIN:<br><br>From-To | 83-1238180<br><br>6/20/18-present |

| Debtor 1 | Daniel James Lesniak |
| Debtor 2 | Keri Shull Lesniak |

Case number *(if known)*   24-12348-KHK

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| DKA Holding Group Inc.<br>3060 Williams Dr., Suite 300<br>Fairfax, VA 22031 | Real estate development | **EIN:** 81-0957727<br><br>**From-To** 12/21/15-present |
| 310-314 Retail, LLC<br>1775 Tysons Blvd., 6th Fl.<br>McLean, VA 22102 | Real estate development | **EIN:** 88-1419008<br><br>**From-To** June 2020-January 2023 |
| KAS Enterprises, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Holding company for Debtor-Wife's development business | **EIN:** 99-2886754<br><br>**From-To** December 2021-present |
| 1001 18th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | **EIN:** 85-3517402<br><br>**From-To** 10/19/2020-present |
| 1322 Randolph Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | **EIN:** 84-2120823<br><br>**From-To** October 2019-January 2024 |
| 1921-1923 Capitol Ave., NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | **EIN:** 84-1986957<br><br>**From-To** 5/30/19-October 2024 |
| 2504 41st St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | **EIN:**<br><br>**From-To** 8/31/2020-December 2024 |
| 501-503 Kennedy Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | **EIN:** 86-2329171<br><br>**From-To** 3/1/21-November 2023 |
| 5908 9th St., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | **EIN:** 85-3896797<br><br>**From-To** 11/16/2020-January 2022 |
| 635 14th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | **EIN:**<br><br>**From-To** March 2019-May 2020 |
| HyperFast Fund, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | **EIN:**<br><br>**From-To** January 2021-present |
| LVH Partners, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate rentals | **EIN:**<br><br>**From-To** October 2021-October 2023 |
| 4840 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | **EIN:** 86-2740659<br><br>**From-To** 3/19/21-August 2024 |
| 4050 Chesapeake Street NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | **EIN:** 85-3553083<br><br>**From-To** 12/21/19-present |

Debtor 1    Daniel James Lesniak
Debtor 2    Keri Shull Lesniak

Case number (*if known*)    24-12348-KHK

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 1010 17th St. NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | EIN:<br><br>From-To  January 2020-present |
| 1915 Benning Road NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | EIN:  84-4448685<br><br>From-To  1/20/2020-present |
| 4811 Georgia Avenue NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | EIN:  85-2412334<br><br>From-To  8/7/2020-present |
| 751-757 Columbia Rd., NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | EIN:  84-4035004<br><br>From-To  12/9/19-present |
| 3934 10th Street NE, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | EIN:<br><br>From-To  6/16/2020-present |
| 3564-3566 Alton Place NW, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | Real estate development | EIN:<br><br>From-To  11/21/18-present |
| DKA Investments LLC<br>3060 Williams Dr., Suite 300<br>Fairfax, VA 22031 | | EIN:<br><br>From-To |
| Hyperfast Development LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209 | | EIN:  10/21/2020-present<br><br>From-To |
| 312 S. Washington Street LLC<br>1775 Tysons Blvd., 6th Fl.<br>McLean, VA 22102 | | EIN:<br><br>From-To  June 2020-January 2023 |
| Orange Line Living, LLC<br>1600 Wilson Blvd., Suite 101<br>Arlington, VA 22209-2510 | | EIN:<br><br>From-To |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |

## Part 12:  Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Daniel James Lesniak | /s/ Keri Shull Lesniak |
|---|---|
| Daniel James Lesniak | Keri Shull Lesniak |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| Date    January  8, 2025 | Date    January  8, 2025 |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Daniel James Lesniak | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Keri Shull Lesniak | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number (if known) | 24-12348-KHK | | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Mr. Cooper<br><br>Description of property securing debt: 4112 NE 21st Ave. Fort Lauderdale, FL 33308  Broward County | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: Make regular payments without formal reaffirmation agreement | ☐ No<br>■ Yes |
| Creditor's name: PNC Bank<br><br>Description of property securing debt: 4112 NE 21st Ave. Fort Lauderdale, FL 33308  Broward County | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: Make regular payments without formal reaffirmation agreement | ☐ No<br>■ Yes |
| Creditor's name: TD Auto Finance | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a | ☐ No<br>■ Yes |

| Debtor 1 | Daniel James Lesniak | | |
|---|---|---|---|
| Debtor 2 | Keri Shull Lesniak | Case number *(if known)* | 24-12348-KHK |

| Description of property | 2019 Honda Odyssey 74,000 miles | *Reaffirmation Agreement.* |
|---|---|---|
| securing debt: | | ■ Retain the property and [explain]: Make regular payments without formal reaffirmation agreement |

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| X /s/ Daniel James Lesniak | X /s/ Keri Shull Lesniak |
|---|---|
| Daniel James Lesniak | Keri Shull Lesniak |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date    January 8, 2025 | Date    January 8, 2025 |